IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N., individually and on behalf of their minor daughter Amber N.; et. al.,<br><br>        Plaintiff,<br><br>  vs.<br><br>PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools; et. al.,<br><br>        Defendants. | CIVIL NO. 00-00252 MLR-KSC<br><br>ORDER OF RECUSAL |

## ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Chief Judge for reassignment.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, February 23, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO.00-00252 MLR-KSC;PATRICIA N., individually and on behalf of their minor daughter Amber N.; et. al. vs. PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools; et. al.; ORDER OF RECUSAL