

March 17, 2008

**RECEIVED**
CLERK U.S. DISTRICT COURT

MAR 18 2008
2:00 p—
DISTRICT OF HAWAII

Sender's Phone No. And E-mail:
(808) 544-8400
jkomeiji@wik.com

Clerk of Court
United States District Court
 for the District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850

      Re:    Patricia N., et al. v. Paul LeMahieu, et al.;
             Civil No. 00-000252 ~~DAE-MLR~~ BMK

Dear Sir or Madam:

      I am writing to request your office delete Randall Y. Yamamoto, Esq., Brian Y. Hiyane, Esq. and Carter K. Siu, Esq. as attorneys of record in this matter. Messrs. Yamamoto, Hiyane, and Siu no longer work for our firm and therefore are no longer representing the Defendants in this matter.

      If you have any questions regarding this request, please feel free to contact my office.

                              Very truly yours,
                              WATANABE ING & KOMEIJI LLP

                              JOHN T. KOMEIJI

397915.1

cc:    Randall Y. Yamamoto, Esq.
       Brian Y. Hiyane, Esq.
       Carter K. Siu, Esq.

First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813  Phone: 808-544-8300  Fax: 808-544-8399
A Limited Liability Law Partnership

First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813

CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
PJKK FEDERAL BUILDING
300 ALA MOANA BOULEVARD, ROOM C-338
HONOLULU, HAWAII 96813