# MINUTES

CASE NUMBER:     CV NO. 00-00252MLR-BMK

CASE NAME:       Patricia N., et al. Vs. Paul Lemahieu, et al.

ATTYS FOR PLA:   Stanley E. Levin and Michael Livingston by Phone

ATTYS FOR DEFT:  John T. Komeiji , Greg M. Ushiroda and Holly Shikada

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Debra Chun |
| DATE: | 04/17/2008 | TIME: | 10:05am-l0:28am |

COURT ACTION:  EP: Status Conference-In Cv. No. 00-00282MLR-LEK-The 9th CCA Mandate was Spread.

The following Deadlines and Dates as to the Final PreTrial Conference and Motions Deadlines have been set-

Discovery Cut off Date-7/11/2008.

Dispositive Motions are to be filed by 8/8/2008.  The Opposition Memorandum is to be filed by 9/5/2008 and the Reply Memorandum to be filed by 9/12/2008.

Court will review the filed Dispositive Motions and will notify the Parties when these Motions will be set for Hearing.

PreTrial Conference set for 10/23/2008 @l0:00 a.m. before this Court. Court will set a Trial Date at the PreTrial Conference Hearing Date.

Submitted by Leslie L. Sai, Courtroom Manager