ORIGINAL

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
GARY S. SUGANUMA       #6960-0
LEIGHTON M. HARA       #7826-0
ROSS T. SHINYAMA       #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com


MARK J. BENNETT        #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM        #2487-0
HOLLY T. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at 9 o'clock and 30 min 4
SUE BEITIA, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor, | CIVIL NO. CV00-00252 MLR/LEK (Other Civil Matter) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | (Custodian of Records for the Honolulu Police Department, City & County of Honolulu – |
| PAUL LeMAHIEU, in his | |

official capacity as
Superintendent of the Hawaii
Public Schools; BETH
SCHIMMELFENNIG, in her
official capacity as an
Education Specialist;
PHYLLIS IDA, in her official
capacity as an employee of
the Department of Education,
State of Hawaii; and
DEPARTMENT OF EDUCATION,
State of Hawaii,

Medical/Psychological and/or
Counseling Information re:
Guy Nahale)

                    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking

Deposition Upon Written Questions (Custodian of Records for

the Honolulu Police Department, City & County of Honolulu –

Medical/Psychological and/or Counseling Information re: Guy

Nahale), dated _____May 9, 2008_____, will be duly served

upon the following person(s) by U.S. Mail, postage prepaid

on this date to their last known address.


            STANLEY E. LEVIN, ESQ.
            MICHAEL K. LIVINGSTON, ESQ.
            851 Fort Street; Suite 400
            Honolulu, HI  96813

            Attorneys for Plaintiffs

2

DATED: Honolulu, Hawaii, _____ May 9, 2008 _____

_____

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

3