ORIGINAL

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

| | |
|---|---|
| JOHN T. KOMEIJI | #2498-0 |
| GREGG M. USHIRODA | #5868-0 |
| GARY S. SUGANUMA | #6960-0 |
| LEIGHTON M. HARA | #7826-0 |
| ROSS T. SHINYAMA | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM     #2487-0
HOLLY T. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>          Plaintiffs,<br><br>   vs.<br><br>PAUL LeMAHIEU, in his | CIVIL NO. CV00-00252 MLR/LEK (Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for Kaiser Permanente and/or Kaiser Permanente-Hawaii Kai |

| | |
|---|---|
| official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>            Defendants. | Clinic and/or Kaiser Permanente-Honolulu Clinic re: Guy Nahale) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions (Custodian of Records for Kaiser Permanente and/or Kaiser Permanente-Hawaii Kai Clinic and/or Kaiser Permanente-Honolulu Clinic re: Guy Nahale), dated ____May 9, 2008____, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

            STANLEY E. LEVIN, ESQ.
            MICHAEL K. LIVINGSTON, ESQ.
            851 Fort Street; Suite 400
            Honolulu, HI  96813

            Attorneys for Plaintiffs

2

DATED: Honolulu, Hawaii,  May 9, 2008  .

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants