ORIGINAL

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

| | |
|---|---|
| JOHN T. KOMEIJI | #2498-0 |
| GREGG M. USHIRODA | #5868-0 |
| GARY S. SUGANUMA | #6960-0 |
| LEIGHTON M. HARA | #7826-0 |
| ROSS T. SHINYAMA | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM     #2487-0
HOLLY T. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at 9 o'clock and 30 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL LeMAHIEU, in his | CIVIL NO. CV00-00252 MLR/LEK<br>(Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for Kaiser Permanente and/or Kaiser Permanente-Hawaii Kai |

| | |
|---|---|
| official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>                Defendants. | Clinic and/or Kaiser Permanente-Honolulu Clinic re: Patricia Nahale) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions (Custodian of Records for Kaiser Permanente and/or Kaiser Permanente-Hawaii Kai Clinic and/or Kaiser Permanente-Honolulu Clinic re: Patricia Nahale), dated _____ May 9, 2008 _____, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

> STANLEY E. LEVIN, ESQ.
> MICHAEL K. LIVINGSTON, ESQ.
> 851 Fort Street; Suite 400
> Honolulu, HI  96813
>
> Attorneys for Plaintiffs

2

DATED: Honolulu, Hawaii, May 9, 2008

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants