ORIGINAL

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2008

at 9 o'clock and 3 0 min. A M
SUE BEITIA, CLERK

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7960-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII


PATRICIA N. and GUY N.,          | CIVIL NO. CV00-00252 MLR/LEK
Individually and as Guardians    | (Other Civil Matter)
Ad Litem of AMBER N., a          |
minor,                           |
                                 | CERTIFICATE OF SERVICE
           Plaintiffs,           |
                                 |
                                 | (Custodian of Records for
     vs.                         | Kaiser Permanente and/or
                                 | Kaiser Permanente-Koolau
                                 | Clinic re: Amber Nahale)
PAUL LeMAHIEU, in his            |

official capacity as
Superintendent of the Hawaii
Public Schools; BETH
SCHIMMELFENNIG, in her
official capacity as an
Education Specialist; PHYLLIS
IDA, in her official capacity
as an employee of the
Department of Education,
State of Hawaii; and
DEPARTMENT OF EDUCATION,
State of Hawaii,

                    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking

Deposition Upon Written Questions (Custodian of Records of

Kaiser Permanente and/or Kaiser Permanente-Koolau Clinic

re: Amber Nahale), dated_____May 9, 2008_____, will be duly

served upon the following person(s) by U.S. Mail, postage

prepaid on this date to their last known address.


            STANLEY E. LEVIN, ESQ.
            MICHAEL K. LIVINGSTON, ESQ.
            851 Fort Street; Suite 400
            Honolulu, HI  96813

            Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, _____ May 9, 2008 ____.

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants