ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN         1152-0
MICHAEL K. LIVINGSTON    4161-0
Davis Levin Livingston
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
FAX: (808) 356-0418
E-mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, et al.,<br><br>Defendants. | CIVIL NO. CV 00-000252 MLR (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2008, two copies of:

Guy N.'s Supplemental Response to Defendants First RAIN
Guy N.'s Second Supplemental Response to Defendants Second RAIN

Patricia N.'s Supplemental Response to Question Number 1 of Defendants First RAIN
Patricia N.'s Supplemental Response to Defendants First RAIN
Patricia N.'s Second Supplemental Response to Defendants Second RAIN

Amber N.'s Supplemental Response to Question Number 1 of Defendants First RAIN
Amber N.'s Supplemental Response to Defendants First RAIN
Amber N.'s Second Supplemental Response to Defendants Second RAIN

was duly hand delivered to the following:

>JOHN T. KOMEIJI, ESQ.
>GREGG M. USHIRODA, ESQ.
>First Hawaiian Center
>999 Bishop Street, 23rd Floor
>Honolulu, Hawaii 96813
>Attorneys for Defendants

DATED: Honolulu, Hawaii, May 12, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs