WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PAUL LeMAHIEU, in his | CIVIL NO. CV00-00252 MLR/LEK (Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for Val Umphress, Ph.D. re: Patricia Nahale & Guy Nahale) |

official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, State of Hawaii,

                Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the First Amended Notice of Taking Deposition Upon Written Questions (Custodian of Records for Val Umphress, Ph.D. re: Patricia Nahale and Guy Nahale), dated \_\_\_\_May 15, 2008\_\_\_\_, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

I further certify that a copy of the Certificate of Service, dated May 15, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on May 15, 2008:

```
             STANLEY E. LEVIN, ESQ.
             MICHAEL K. LIVINGSTON, ESQ.
             851 Fort Street; Suite 400
             Honolulu, HI  96813

             Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, _____May 15, 2008_____.


                                  /s/ Gregg M. Ushiroda, Esq.
                                 JOHN T. KOMEIJI
                                 GREGG M. USHIRODA
                                 GARY S. SUGANUMA
                                 LEIGHTON M. HARA
                                 ROSS T. SHINYAMA

                                 MARK J. BENNETT
                                 GEORGE S.S. HOM
                                 HOLLY T. SHIKADA

                                 Attorneys for Defendants
```