WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
GARY S. SUGANUMA       #6960-0
LEIGHTON M. HARA       #7826-0
ROSS T. SHINYAMA       #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT        #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM        #2487-0
HOLLY T. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| PATRICIA N. and GUY N.,<br>Individually and as Guardians<br>Ad Litem of AMBER N., a<br>minor, | CIVIL NO. CV00-00252 MLR/LEK<br>(Other Civil Matter) |
|           Plaintiffs, | CERTIFICATE OF SERVICE |
|    vs. | (Custodian of Records for<br>Catharine Critz, Psy.D. re: |
| PAUL LeMAHIEU, in his | Amber Nahale) |

official capacity as
Superintendent of the Hawaii
Public Schools; BETH
SCHIMMELFENNIG, in her
official capacity as an
Education Specialist; PHYLLIS
IDA, in her official capacity
as an employee of the
Department of Education,
State of Hawaii; and
DEPARTMENT OF EDUCATION,
State of Hawaii,

                    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking

Deposition Upon Written Questions, dated May 21, 2008, was

duly served upon the following person(s) by mailing same on

this date to their last known address.

I further certify that a copy of this Certificate of

Service will be duly served electronically through CM/ECF

on the following person(s) to their last known address on

May 21, 2008.

              STANLEY E. LEVIN, ESQ.
              MICHAEL K. LIVINGSTON, ESQ.
              851 Fort Street; Suite 400
              Honolulu, HI  96813

              Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, _____May 21, 2008_____ .


JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants