WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN L. and LaVERNE L., Individually and as Guardians of the Person, AARON L., an incompetent adult,<br><br>              Plaintiffs,<br><br>    vs.<br><br>PAUL LeMAHIEU, in his | CIVIL NO. CV00-00338 MLR/LEK (Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>Custodian of Records for State of Hawaii, Department of Health, Developmental |

| | |
|---|---|
| official capacity as Superintendent of the Hawai`i Public Schools; WILLIAM C. RYNE, in his capacity as former Principal of Molokai High and Intermediate School; SARAH KALANI, in her capacity as former Principal of Molokai High and Intermediate School; LINDA PULELOA, in her official capacity as Principal of Molokai High and Intermediate School; and DEPARTMENT OF EDUCATION, STATE OF HAWAI`I.<br><br>              Defendants. | Disabilities Division re: Aaron Legare) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions, dated May 21, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on May 21, 2008.

              STANLEY E. LEVIN, ESQ.
              MICHAEL K. LIVINGSTON, ESQ.
              851 Fort Street; Suite 400
              Honolulu, HI  96813

              Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, May 21, 2008.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants