WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI         #2498-0
GREGG M. USHIRODA       #5868-0
GARY S. SUGANUMA        #6960-0
LEIGHTON M. HARA        #7826-0
ROSS T. SHINYAMA        #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT         #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM         #2487-0
HOLLY T. SHIKADA        #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>        Plaintiffs,<br><br>   vs.<br><br>PAUL LeMAHIEU, in his | CIVIL NO. CV00-00252 MLR/LEK<br>(Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for State of Hawaii, Department of Health, Developmental |

| | |
|---|---|
| official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendants. | Disabilities Division re: Amber Nahale) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions, dated May 21, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on May 21, 2008.

        STANLEY E. LEVIN, ESQ.
        MICHAEL K. LIVINGSTON, ESQ.
        851 Fort Street; Suite 400
        Honolulu, HI  96813

        Attorneys for Plaintiffs

DATED: Honolulu, Hawaii,    May 21, 2008    .

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants