```
400503
```
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>             Plaintiffs,<br><br>   vs. | CIVIL NO. CV00-00252 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS |

| | |
|---|---|
| PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendants. | (Custodian of Records for.; Douglas Houck, Ed.D.) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Amended Notice of Taking Deposition Upon Written Questions, dated May 22, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on May 22, 2008.

```
             STANLEY E. LEVIN, ESQ.
             MICHAEL K. LIVINGSTON, ESQ.
             851 Fort Street; Suite 400
             Honolulu, HI  96813

             Attorneys for Plaintiffs



DATED: Honolulu, Hawaii,      May 22, 2008    .



                           /s/ Gregg M. Ushiroda, Esq.
                         JOHN T. KOMEIJI
                         GREGG M. USHIRODA
                         GARY S. SUGANUMA
                         LEIGHTON M. HARA
                         ROSS T. SHINYAMA

                         MARK J. BENNETT
                         GEORGE S.S. HOM
                         HOLLY T. SHIKADA

                         Attorneys for Defendants
```