WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
GARY S. SUGANUMA       #6960-0
LEIGHTON M. HARA       #7826-0
ROSS T. SHINYAMA       #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT        #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM        #2487-0
HOLLY T. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor, | CIVIL NO. CV00-00252 MLR/LEK (Other Civil Matter) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | (Custodian of Records for KGA, Inc. re: Patricia Nahale) |
| PAUL LeMAHIEU, in his | |

official capacity as
Superintendent of the Hawaii
Public Schools; BETH
SCHIMMELFENNIG, in her
official capacity as an
Education Specialist; PHYLLIS
IDA, in her official capacity
as an employee of the
Department of Education,
State of Hawaii; and
DEPARTMENT OF EDUCATION,
State of Hawaii,

                        Defendants.

---

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions, dated May 27, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on May 27, 2008.

                        STANLEY E. LEVIN, ESQ.
                        MICHAEL K. LIVINGSTON, ESQ.
                        851 Fort Street; Suite 400
                        Honolulu, HI  96813

                        Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, _____May 27, 2008_____.


_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants