WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**GARY S. SUGANUMA**    #6960-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**     #2487-0
**HOLLY T. SHIKADA**    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>            Plaintiffs,<br><br>      vs.<br><br>PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools; et al., | CIVIL NO. CV00-00252 MLR-BMK (Other Civil Matter)<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**<br><br>Douglas W. Houck, Ed.D. |

```
BETH SCHIMMELFENNIG, in her      )
official capacity as an          )
Education Specialist; PHYLLIS    )
IDA, in her official capacity    )
as an employee of the            )
Department of Education,         )
State of Hawaii; and             )
DEPARTMENT OF EDUCATION,         )
State of Hawaii,                 )
                                 )
            Defendants.          )
                                 )
_____)
```

## CERTIFICATE OF SERVICE RE:
### NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination, dated May 29, 2008, was duly served on the following attorneys by mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service R: Notice of Taking Deposition Upon Oral Examination, dated May 29, 2008, was duly served electronically through CM/ECF

on the following attorneys to their last known address on May 29, 2008:

>**STANLEY E. LEVIN, ESQ.**
>**MICHAEL K. LIVINGSTON, ESQ.**
>851 Fort Street; Suite 400
>Honolulu, HI 96813
>
>Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, May 29, 2008.

>/s/ Gregg M. Ushiroda
>JOHN T. KOMEIJI
>GREGG M. USHIRODA
>GARY S. SUGANUMA
>LEIGHTON M. HARA
>ROSS T. SHINYAMA
>
>MARK J. BENNETT
>GEORGE S.S. HOM
>HOLLY T. SHIKADA
>
>Attorneys for Defendants

---

Patricia N., et al., Plaintiffs vs. PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools, et al., Defendants; Civil No.: CV00-00252 MLR-BMK; Certificate of Service