# MINUTES

CASE NUMBER:    CIVIL NO. 00-00252MLR-BMK
CIVIL NO. 00-00282MLR-LEK
CIVIL NO. 00-00338MLR-LEK

CASE NAME:    Patricia N., et al. Vs. Paul LeMahieu, et al.
Mark H., et al. Vs. Paul LeMahieu, et al.
Stephen L., et al. Vs. Paul LeMahieu, et al.

ATTYS FOR PLA:    Stanley E. Levin

ATTYS FOR DEFT:    John T. Komeiji
Gregg M. Ushiroda

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi    REPORTER:    Courtroom 7-No Record

DATE:    06/02/2008    TIME:    10:15-10:40

---

COURT ACTION:  EP: Discovery Conference held.  All parties participated by phone. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager