IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., individually and on behalf of their minor daughter, AMBER N.,<br><br>  Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>  Defendants. | CIVIL NO. CV00-00252 MLR (Other Civil Action)<br><br>**SUMMONS** |

## **SUMMONS**

TO THE DEFENDANTS:

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' counsel, Stanley E. Levin, Michael K. Livingston, and Anne L. Williams; DAVIS LEVIN LIVINGSTON, whose address is: 851 Fort Street, Suite 400, Honolulu, Hawaii 96813 an answer to the First Amended Complaint, which is attached. This action must be taken within twenty days after service of this summons upon you exclusive of the date of service.

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this Summons, personal delivery during those hours.

If you fail to make your answer within the twenty (20) day time limit, judgment by default will be taken against you for the relief demanded in the First Amended Complaint.

DATED: Honolulu, Hawaii, JUN 0 3 2008_____.



SUE BEITIA
CLERK OF THE ABOVE-ENTITLED COURT

Deputy Clerk, United States
District Court, District of Hawaii

PATRICIA N., et al., v. PATRICIA HAMAMOTO, et al., Civ. No. CV00-00252 MLR; SUMMONS