# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00252MLR-BMK<br>CIVIL NO. 00-00282MLR-LEK<br>CIVIL NO. 00-00338MLR-LEK |
| CASE NAME: | Patricia N., et al. Vs. Superintendent Patricia Hamamoto, et al.<br>Mark H., et al. Vs. Superintendent Patricia Hamamoto, et al.<br>Stephen L., et al. Vs. Superintendent Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/04/2008 | TIME: | |

COURT ACTION: EO: A Status Conference was held with counsel on June 2, 2008 regarding the parties' request for relief from the current discovery and other deadlines. After consultation with the District Judge, this Court hereby amends the deadlines and sets the matter for trial as follows:

Deadline for Plaintiff's Expert Report to be produced - **6/26/2008**.

Deadline for Plaintiff's Experts to have their Depositions completed **- 7/25/2008**.

Deadline for Defendant's Expert Reports to be produced **- 8/26/2008.**

Deadline for Defendant's Experts to have their depositions completed and all other Discovery Deadline - **10/30/2008**.

Dispositive Motions Deadline - **11/28/2008**.

Final Pretrial Conference currently set for 10/23/2008 at 10:00 AM is continued to 2/13/2009 at 10:00 AM before Judge Manuel L. Real.

Jury Selection/Jury Trial **in Civil No. 00-00282MLR-LEK Mark H., et al. Vs. Superintendent Patricia Hamamoto, et al.** set for Monday, 3/16/2009 at 09:00 AM before Judge Manuel L. Real.

**Amended** Rule 16 Scheduling Order (in Civil No. 00-00282MLR.LEK) shall be issued with the dates as stated and the pretrial deadlines.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager