# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00252MLR-BMK<br>CIVIL NO. 00-00282MLR-LEK<br>CIVIL NO. 00-00338MLR-LEK |
| CASE NAME: | Patricia N., et al. Vs. Superintendent Patricia Hamamoto, et al.<br>Mark H., et al. Vs. Superintendent Patricia Hamamoto, et al.<br>Stephen L., et al. Vs. Superintendent Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/04/2008 | TIME: | |

COURT ACTION:  EO: This Court is in receipt of Stanley Levin's letter dated June 3, 2008 and construes the letter as a request for clarification regarding the depositions of Plaintiff's experts, Douglas Houck, Dr. LeGoff and Dr. Lucker.  The Court provides the following requested clarification:  the parties are to conclude the depositions of Plaintiff's experts by July 25, 2008 and the dates of the depositions are to be determined by mutual agreement.  If the parties cannot agree, they shall submit their discovery letter briefs simultaneously by June 16, 2008.  The Court will thereafter issue an order as to the dates of the depositions.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager