# MINUTES

CASE NUMBER:    CIVIL NO. 00-00252MLR-BMK

CASE NAME:    Patricia N., et al. Vs. Superintendent Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi    REPORTER:

DATE:   06/05/2008    TIME:

COURT ACTION:  EO: The above entitled action is hereby re-assigned to Magistrate Judge Leslie E. Kobayashi.  Please reflect the case number as **Civil No. 00-00252MLR-LEK** on all further pleadings submitted.

Submitted by: Warren N. Nakamura, Courtroom Manager