Of Counsel:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |
| ANNE L. WILLIAMS | 1662-0 |

Davis Levin Livingston
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
FAX: (808) 356-0418
E-mail: slevin@davislevin.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 03 2008

at __11__ o'clock and __10__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, et al.,<br><br>        Defendants. | CIVIL NO. CV 00-000252 MLR<br>(Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEPARTMENT OF EDUCATION |

CERTIFICATE OF SERVICE RE: PLAINTIFFS'
NOTICE OF TAKING RULE 30(b)(6) ORAL
DEPOSITION OF DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that on June 2, 2008, a copy of PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEPARTMENT OF EDUCATION was duly hand delivered to the following:

> Aaron H. Schulaner, Esq.
> Deputy Attorney General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813
>
> JOHN T. KOMEIJI, ESQ.
> GREGG M. USHIRODA, ESQ.
> First Hawaiian Center
> 999 Bishop Street, 23rd Floor
> Honolulu, Hawaii 96813
> Attorneys for Defendants

DATED: Honolulu, Hawaii, June 2, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS

Attorneys for Plaintiffs