401681
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI         #2498-0
GREGG M. USHIRODA       #5868-0
GARY S. SUGANUMA        #6960-0
LEIGHTON M. HARA        #7826-0
ROSS T. SHINYAMA        #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT         #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM         #2487-0
HOLLY T. SHIKADA        #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. | CIVIL NO. CV00-00252 MLR (Other Civil Matter) <br><br> CERTIFICATE OF SERVICE RE: FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS |

| | |
|---|---|
| PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>    Defendants. | (Custodian of Records for Beverly James) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the First Amended Notice of Taking Deposition Upon Written Questions, dated June 6, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on June 6, 2008.

   STANLEY E. LEVIN, ESQ.
   MICHAEL K. LIVINGSTON, ESQ.
   851 Fort Street; Suite 400
   Honolulu, HI  96813

   Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, _____June 6, 2008_____.

    /s/ GREGG M. USHIRODA
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants