IMAGE DELETED Refer to Corrective/Advisory Entry