| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WATANABE ING & KOMEIJI, L.L.P.<br>999 Bishop Street, 23rd Floor<br>Honolulu, HI 96813<br>*Telephone No:* 808-544-8300   *FAX No:* 808-544-8399 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT DISTRICT OF OREGON

*Plaintiff:* PATRICIA N AND GUY N.,
*Defendant:* LEMAHIEU, et al.

| **AFFIDAVIT OF SERVICE**<br>**Subpoena in a Civil Case** | *Hearing Date:*<br>Tue, May. 20, 2008 | *Time:*<br>9:00AM | *Dept/Div:* | *Case Number:*<br>CV00-00252 MLR-LEK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINIATIONS

3. a. Party served:                           BARBARA BATEMAN, PH.D, J.D.

4. Address where the party was served:       32223 DeBerry Road
                                              Creswell, OR 97426-9797

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 1:45PM
   b. I received this subpena for service on:   Friday, May 16, 2008

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**                        *Fee for Service:*    $175.75
   a. Michael D. Lynch
   b. **CLSS - NationWide Service Center (NWSC)**
      2522 Lower Mason Creek Road
      Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

8. I declare under penalty of perjury under the laws of the State of Oregon and under the laws of the United States Of Ame America that the foregoing is true and correct.

*(Michael D. Lynch)*

AFFIDAVIT OF SERVICE
Subpoena in a Civil Case

5448300.55504

HID Form 88 (Rev. 10/07) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor

V.

PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools, et al.

**SUBPOENA IN A CIVIL CASE**[1]

Case Number:[2] CV00-00252 MLR/LEK

(Pending in the District of Hawaii)

TO: Custodian of Records, Barbara Bateman, Ph.D., J.D.
32223 DeBerry Road
Creswell, OR 97426-9717
Tel: (541) 895-3858

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT "A"

| PLACE | DATE AND TIME |
|---|---|
| 32223 DeBerry Road, Creswell, OR 97426-9717 | 5/20/08 at 9:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Defendants | 5/15/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Gregg M. Ushiroda, Esq., Watanabe Ing & Komeiji, LLP, 999 Bishop Street, 23rd Floor, Hon., HI 96813, Tel: (808) 544-8300

---

[1] This subpoena is invalid, & imposes no duty on the person served to appear anywhere, if it was not served together with the fees for one day's attendance and mileage. Further, this subpoena imposes no duty on anyone to produce documents or things at his/her own expense.

[2] If action is pending in district other than district of issuance, state district under case number.