| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WATANABE ING & KOMEIJI, L.L.P.<br>999 Bishop Street, 23rd Floor<br>Honolulu, HI 96813<br>*Telephone No:* 808-544-8300   *FAX No:* 808-544-8399 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT DISTRICT OF OREGON

*Plaintiff:* PATRICIA N AND GUY N.,
*Defendant:* LEMAHIEU, et al.

| **AFFIDAVIT OF SERVICE**<br>**Subpoena in a Civil Case** | *Hearing Date:*<br>Sat, Jun. 07, 2008 | *Time:*<br>9:00AM | *Dept/Div:* | *Case Number:*<br>CV00-00252 MLR-LEK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINIATIONS

3. a. Party served:   BARBARA BATEMAN, PH.D., J.D.

4. Address where the party was served:   32223 DeBerry Road
   Creswell, OR 97426-9717

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 1:45PM
   b. I received this subpena for service on:   Wednesday, May 14, 2008

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**   *Fee for Service:*   $175.75
   a. Michael D. Lynch
   b. CLSS - NationWide Service Center (NWSC)
      2522 Lower Mason Creek Road
      Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

8. *I declare under penalty of perjury under the laws of the State of Oregon and under the laws of the United States Of Ame America that the foregoing is true and correct.*

(Michael D. Lynch)

AFFIDAVIT OF SERVICE
Subpoena in a Civil Case

5448300.55489

AO88 (Rev. 12/07) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| PATRICIA N. and GUY N., et al., <br> V. <br> PAUL LeMAHIEU, et al., | **SUBPOENA IN A CIVIL CASE** <br><br> Case Number:[1] CV00-00252 MLR-LEK <br><br> (Pending in the District of Hawaii) |

TO: Barbara Bateman, Ph.D., J.D.
32223 DeBerry Road
Creswell, OR 97426-9717

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Westin San Francisco Airport, 1 Old Bayshore Highway, Millbrae, CA 94030, Telephone: 650-692-3500 | 6/7/2008 9:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachement "A" attached hereto

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendants | 5/13/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Gregg M. Ushiroda, Esq., Watanabe, Ing & Komeiji, LLP, 999 Bishop Street, 23rd Floor, Honolulu, HI 96813, Telephone (808) 544-8300

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.