WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**GARY S. SUGANUMA**    #6960-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**    #2487-0
**HOLLY T. SHIKADA**   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I


| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>       Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Matter)<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**<br><br>Beverly James |

```
DEPARTMENT OF EDUCATION,      )
STATE OF HAWAII,              )
                              )
          Defendants.         )
                              )
_____)
```

## CERTIFICATE OF SERVICE RE:
## <u>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION</u>

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination (Beverly James), dated June 18, 2008, was duly served on the following attorneys by mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service Re: Notice of Taking Deposition Upon Oral Examination (Beverly James), dated June 18, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on June 18, 2008:

- 2 -

```
STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
ANNIE L. WILLIAMS, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813

Attorneys for Plaintiffs



DATED:  Honolulu, Hawaii, June 18, 2008.


                              /s/ Gregg M. Ushiroda
                              JOHN T. KOMEIJI
                              GREGG M. USHIRODA
                              GARY S. SUGANUMA
                              LEIGHTON M. HARA
                              ROSS T. SHINYAMA

                              MARK J. BENNETT
                              GEORGE S.S. HOM
                              HOLLY T. SHIKADA

                              Attorneys for Defendants
```

---

Patricia N., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-00252 MLR-LEK; Certificate of Service