Of Counsel:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |
| ANNE L. WILLIAMS | 1662-0 |

Davis Levin Livingston
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
FAX: (808) 356-0418
E-mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　　Defendants. | CIVIL NO. CV 00-000252 MLR/LEK<br>(Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION |

CERTIFICATE OF SERVICE RE: PLAINTIFFS'
FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that on May 22, 2008, a copy of PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION was duly hand delivered to the following:

>Aaron H. Schulaner, Esq.
>Deputy Attorney General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813
>
>JOHN T. KOMEIJI, ESQ.
>GREGG M. USHIRODA, ESQ.
>First Hawaiian Center
>999 Bishop Street, 23rd Floor
>Honolulu, Hawaii 96813
>Attorneys for Defendants

DATED: Honolulu, Hawaii, June 18, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS

Attorneys for Plaintiffs