#401756.5
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**GARY S. SUGANUMA**    #6960-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT    #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM     #2487-0
HOLLY T. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I


| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii | CIVIL NO. CV00-00252 MLR (Other Civil Matter)<br><br>**DEFENDANTS DEPARTMENT OF EDUCATION AND PATRICIA HAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES; MEMORANDUM IN SUPPORT;** |

```
Department of Education;        )   DECLARATION OF GREGG M.
DEPARTMENT OF EDUCATION,        )   USHIRODA; EXHIBITS "A"-F;
STATE OF HAWAII,                )   CERTIFICATE OF SERVICE
                                )
          Defendants.           )
                                )   NO TRIAL DATE SET
_____)
```

**DEFENDANTS DEPARTMENT OF EDUCATION AND PATRICIA HAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

Comes now Defendants DEPARTMENT OF EDUCATION ("DOE") and PATRICIA HAMAMOTO (collectively, "Defendants"), by and through their attorneys, WATANABE ING & KOMEIJI, LLP, and hereby respectfully move this Honorable Court for an Order dismissing Plaintiffs' First Amended Complaint filed on June 2, 2008 ("First Amended Complaint").

In the First Amended Complaint, Plaintiffs seek: (1) reimbursement for out-of-pocket, education-related expenses; (2) reimbursement for lost wages; and (3) amendment of Amber N.'s Individualized Educational Program.  None of these claims, however, were presented at the administrative level.  This is despite the fact that each claim can be redressed by the IDEA's administrative procedures and remedies.  As a result, because Plaintiffs failed to exhaust the available administrative remedies under the IDEA, the First Amended Complaint must be dismissed.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, 20 U.S.C. § 1414, et. seq., and all applicable Local Rules of Practice for the United States District

Court for the District of Hawaii, and is based upon the attached memorandum in support of motion and the entire record and files herein.

DATED: Honolulu, Hawaii, June 23, 2008.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants