IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br>Plaintiffs, <br><br>vs. <br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br>Defendants. | CIVIL NO. CV00-00252 MLR-BMK (Other Civil Matter) <br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendants DEPARTMENT OF EDUCATION ("DOE") and PATRICIA HAMAMOTO (collectively, "Defendants") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawaii.

3. Attached hereto as Exhibit "A" are true and correct copies of pages 68, 69, 71, 72, 122, 123 of the Deposition Transcript of Patricia N., dated March 16, 2001.

4. Attached hereto as Exhibit "B" is a true and

correct copy of page 129 of the Deposition Transcript of Guy N., dated March 14, 2001.

5. Attached hereto as Exhibit "C" is a true and correct copy of the hearing officer's Decision and Order, dated February 2, 2000.

6. Attached hereto as Exhibit "D" are true and correct copies of pages 206-208, 296, 297, 301, 302 of the Deposition Transcript of Patricia N., dated April 5, 2001.

7. Attached hereto as Exhibit "E" is a true and correct copy of Plaintiffs' First Amended Complaint, filed June 2, 2008.

8. Attached hereto as Exhibit "F" are true and correct copies of pages 128 and 132 of the Deposition Transcript of Guy N., dated March 16, 2001.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:  Honolulu, Hawaii, June 23, 2008.

/s/ Gregg M. Ushiroda

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants