IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br> Defendants. | CIVIL NO. CV00-00252 MLR-BMK <br> (Other Civil Matter) <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of **DEFENDANTS DEPARTMENT OF EDUCATION AND PATRICIA HAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**, was duly served electronically through CM/ECF on the following attorneys to their last known address on June 23, 2008:

```
STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
ANNIE L. WILLIAMS, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813

Attorneys for Plaintiffs



DATED:  Honolulu, Hawaii, June 23, 2008.


                            /s/ Gregg M. Ushiroda
                            JOHN T. KOMEIJI
                            GREGG M. USHIRODA
                            GARY S. SUGANUMA
                            LEIGHTON M. HARA
                            ROSS T. SHINYAMA

                            MARK J. BENNETT
                            GEORGE S.S. HOM
                            HOLLY T. SHIKADA

                            Attorneys for Defendants
```

---

Patricia N., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-00252 MLR; Certificate of Service