401245.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**GARY S. SUGANUMA**    #6960-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT    #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM    #2487-0
HOLLY T. SHIKADA   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAI`I


| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Matter) <br><br> **CERTIFICATE OF SERVICE** <br><br> **(Re: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION)** |

```
Department of Education;        )
DEPARTMENT OF EDUCATION,        )
STATE OF HAWAII,                )
                                )
          Defendants.           )
_____)
```

### CERTIFICATE OF SERVICE

The hereby certify that **two** copies of DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION dated June 23, 2008, were duly served on the following attorneys by hand-delivery on this date to their last known address:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI  96813
>
> Attorneys for Plaintiffs

I further certify that a copy of the CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION, dated June 23, 2008, was duly served electronically through CM/ECF on the above-entitled attorneys to their last known address on June 23, 2008:

DATED: Honolulu, Hawaii, June 23, 2008.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Patricia N., et al., Plaintiffs vs. PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools, et al., Defendants; Civil No.: CV00-00252 MLR; Certificate of Service