Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
ANNE L. WILLIAMS          1662-0
Davis Levin Livingston
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
FAX: (808) 356-0418
E-mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>                    Plaintiffs,<br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>                    Defendants. | CIVIL NO. CV 00-000252 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING RULE 30(b)(6) VIDEOTAPED ORAL DEPOSITION OF DEFENDANT DEPARTMENT OF EDUCATION |

CERTIFICATE OF SERVICE RE: PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING RULE 30(b)(6) VIDEOTAPPED ORAL DEPOSITION OF DEFENDANT DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that on June 25, 2008, a copy of PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING RULE 30(b)(6) VIDEOTAPPED ORAL DEPOSITION OF DEFENDANT DEPARTMENT OF EDUCATION was duly mailed, postage prepaid to the following:

>JOHN T. KOMEIJI, ESQ.
>GREGG M. USHIRODA, ESQ.
>First Hawaiian Center
>999 Bishop Street, 23rd Floor
>Honolulu, Hawaii 96813
>Attorneys for Defendants

>HOLLY T. SHIKADA, ESQ.
>Deputy Attorney General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, June 25, 2008.

/S/ STANLEY E. LEVIN
_____

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS

Attorneys for Plaintiffs