WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**GARY S. SUGANUMA**     #6960-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT    #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**      #2487-0
**HOLLY T. SHIKADA**     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV00-00252 MLR-LEK<br>(Other Civil Matter)<br><br>**CERTIFICATE OF SERVICE RE:**<br>**SECOND AMENDED NOTICE OF TAKING**<br>**DEPOSITION UPON ORAL EXAMINATION**<br><br>Douglas W. Houck, Ed.D. |

```
DEPARTMENT OF EDUCATION,    )
STATE OF HAWAII,            )
                            )
         Defendants.        )
                            )
_____)
```

## CERTIFICATE OF SERVICE RE: AMENDED
## <u>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION</u>

I hereby certify that a copy of the Second Amended Notice of Taking Deposition Upon Oral Examination (Douglas W. Houck, Ed.D.), dated July 1, 2008, was duly served on the following attorneys by hand-delivering same on this date to their last known address.

I further certify that a copy of the Certificate of Service Re: Second Amended Notice of Taking Deposition Upon Oral Examination (Douglas W. Houck, Ed.D.), dated July 1, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 1, 2008:

```
STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
ANNIE L. WILLIAMS, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813
```

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, July 1, 2008.

          /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Patricia N., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-00252 MLR-LEK; Certificate of Service