# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 00-00252MLR-LEK |
| CASE NAME: | Patricia N., et al. Vs. Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | |
| DATE: | 07/03/2008 | TIME: | |

COURT ACTION: EO: Briefing Schedule as to [261] Defendants Patricia Hamamoto and the Department of Education's Motion to Dismiss-

Memorandum in Opposition to be filed by July 24, 2008.

Reply Memorandum to be filed by August 11, 2008.

Court will inform Counsel as to the hearing date once all briefing Memorandum has been filed.

Submitted by Leslie L. Sai, Courtroom Manager