**ORIGINAL**

| | |
|---|---|
| MARK J. BENNETT | 2672 |

Attorney General
State of Hawai`i

| | |
|---|---|
| AARON H. SCHULANER | 6954 |
| GEORGE S.S. HOM | 2487 |
| HOLLY T. SHIKADA | 4017 |

Deputy Attorneys General
Department of the Attorney General
Education Division
235 S. Beretania Street, Rm. 304
Honolulu, Hawai'i 96813
Telephone: (808) 586-1255
Fax:       (808) 586-1488
E-Mail: Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

| | |
|---|---|
| JOHN T. KOMEIJI | 2498 |
| GREGG M. USHIRODA | 5868 |
| GARY S. SUGANUMA | 6960 |
| LEIGHTON M. HARA | 7826 |
| ROSS T. SHINYAMA | 8830 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai`i 96813
Telephone: (808) 544-8300
Facsimile: (808) 544-8399
E-Mail: gushiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>                              Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>                              Defendants. | CIVIL NO. 00-00252 MLR-LEK<br>(Other Civil Action)<br><br>NOTICE OF WITHDRAWAL OF AARON H. SCHULANER AS COUNSEL FOR DEFENDANTS; CERTIFICATE OF SERVICE |

NOTICE OF WITHDRAWAL OF
AARON H. SCHULANER AS COUNSEL FOR DEFENDANTS

Pursuant to LR 83.6(b) of the Local Rules of Practice of the United States District Court for the District of Hawaii, Aaron H. Schulaner hereby withdraws as counsel for Defendants. Mr. Schulaner will no longer be with the Attorney General's office, effective July 15, 2008. Defendants will continue to be represented by all remaining counsel of record.

292527_2.DOC

2

DATED: Honolulu, Hawai`i, July 3, 2008.

_____
AARON H. SCHULANER
GEORGE S.S. HOM
HOLLY T. SHIKADA
Deputy Attorneys General

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawaii Public Schools; BETH SCHIMMELFENNIG, in her official capacity as an Education Specialist; PHYLLIS IDA, in her official capacity as an employee of the Department of Education, State of Hawaii; and DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　　　　Defendants. | CIVIL NO. 00-00252 MLR-LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify, a true and correct copy of the foregoing document was duly served, on this date, upon the following individual(s) in the manner indicated:

STANLEY E. LEVIN, ESQ.　　　　　　[ X ] HAND-DELIVERY
MICHAEL K. LIVINGSTON, ESQ.
ANNIE L. WILLIAMS, ESQ.　　　　　[   ] U.S. MAIL
851 Fort Street, Suite 400
Honolulu, Hawai`i 96813　　　　　　　[   ] FAX

　　　　　　　　　　　　　　　　　　　　　　　　[   ] E-MAIL

292527_2.DOC

DATED: Honolulu, Hawai`i, July 3, 2008.

_____
AARON H. SCHULANER
GEORGE S.S. HOM
HOLLY T. SHIKADA
Deputy Attorneys General

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

Attorney for Defendants