WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as | CIVIL NO. CV00-00252 MLR (Other Civil Matter) <br><br> CERTIFICATE OF SERVICE <br><br> (Custodian of Records for Margaret Koven, Psy.D. re: Amber N.) |

Superintendent of the Hawaii
Department of Education;
DEPARTMENT OF EDUCATION,
STATE OF HAWAII,

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the First Amended Notice of Taking Deposition Upon Written Questions, dated July 9, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on July 9, 2008.

```
           STANLEY E. LEVIN, ESQ.
           MICHAEL K. LIVINGSTON, ESQ.
           ANNE L. WILLIAMS, ESQ.
           851 Fort Street; Suite 400
           Honolulu, HI  96813

           Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, July 9, 2008.



                          /s/ Gregg M. Ushiroda
                          JOHN T. KOMEIJI
                          GREGG M. USHIRODA
                          GARY S. SUGANUMA
                          LEIGHTON M. HARA
                          ROSS T. SHINYAMA

                          MARK J. BENNETT
                          GEORGE S.S. HOM
                          HOLLY T. SHIKADA

                          Attorneys for Defendants
```