IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>PATRICIA HAMAMOTO, et al.,<br><br>　　　　　　Defendants. | Civil No. CV 00-000252 MLR/LEK<br>(Other Civil Matter)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2008, a copy of Plaintiffs' Memorandum In Opposition To Defendants Department of Education and Patricia Hamamoto's Motion To Dismiss Plaintiffs' First Amended Complaint, Filed June 2, 2008, for Failure to Exhaust Administrative Remedies was delivered to the following parties by electronic filing on the date of filing thereof:

>    HOLLY SHIKADA, DEPUTY ATTORNEY GENERAL
>    Department of the Attorney General
>    235 S. Beretania Street, Room 304
>    Honolulu, Hawaii  96813
>
>    GREGG M. USHIRODA, ESQ.
>    First Hawaiian Center
>    999 Bishop Street, 23rd Floor
>    Honolulu, Hawaii 96813
>    Attorneys for Defendants

2

DATED: Honolulu, Hawaii, July 24, 2008.

/S/ STANLEY E. LEVIN
_____

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

2