403269.2
WATANABE ING LLP
A Limited Liability Law Partnership

GREGG M. USHIRODA     #5868-0
GARY S. SUGANUMA      #6960-0
LEIGHTON M. HARA      #7826-0
ROSS T. SHINYAMA      #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT       #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM       #2487-0
HOLLY T. SHIKADA      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N.,<br><br>       Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Action)<br><br>**DEFENDANTS MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A" - "H"; CERTIFICATE OF SERVICE** |

```
Department of Education;      )
DEPARTMENT OF EDUCATION,      )
STATE OF HAWAII,              )    NO TRIAL DATE
                              )
                              )
        Defendants.           )
_____)
```

## DEFENDANTS MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN

Defendants PATRICIA HAMAMOTO and DEPARTMENT OF EDUCATION ("DOE")(collectively, "Defendants"), by and through their attorneys, WATANABE ING LLP, and hereby move this Honorable Court for an Order Precluding the Testimony of Barbara Bateman.

The Defendants bring this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure and all applicable local rules of practice for the United States District Court for the District of Hawaii, and bases it upon the attached memorandum in support of their motion and the entire record and files herein.

DATED: Honolulu, Hawaii, July 28, 2008.

                        /s/ Gregg M. Ushiroda
                        GREGG M. USHIRODA
                        GARY S. SUGANUMA
                        LEIGHTON M. HARA
                        ROSS T. SHINYAMA

                        MARK J. BENNETT
                        GEORGE S.S. HOM
                        HOLLY T. SHIKADA

                        Attorneys for Defendants