IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br> Defendants. | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Action) <br><br> **DECLARATION OF GREGG M. USHIRODA** |

**DECLARATION OF GREGG M. USHIRODA**

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendants PATRICIA HAMAMOTO and DEPARTMENT OF EDUCATION ("DOE"), in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.1

3. Attached hereto as Exhibit "A" are true and correct copies of pages 20, 130, 170, 171, 179, 180 and 181 of the transcript of the Deposition of Barbara Bateman in Mark H., et al. v. Lemahieu, et al., Civ. No. 00-00282 MLR-LEK, dated June 5, 2008.

- 1 -

  4. Attached hereto as Exhibit "B" is a true and correct copy of the curriculum Vitae of Barbara Bateman.

  5. Attached hereto as Exhibit "C" is a true and correct copy of the Report of Barbara Bateman for Michelle H. and Natalie H., dated May 29, 2008.

  6. Attached hereto as Exhibit "D" is a true and correct copy of the Report of Barbara Bateman for Aaron L., dated May 30, 2008.

  7. Attached hereto as Exhibit "E" is a true and correct copy of the Report of Barbara Bateman for Amber N., dated May 25, 2008.

  8. Attached hereto as Exhibit "F" are true and accurate copies of pages 164 and 218 of the transcript of the Deposition of Barbara Bateman in <u>Steven L., et al. v. Lemahieu, et al.</u>, Civ. No. 00-00338 MLR-LEK, dated June 6, 2008.

  9. Attached hereto as Exhibit "G" is a true and correct copy of the Report of Barbara Bateman in <u>Patricia N., et al. v. Lemahieu, et al.</u>, Civ. No. 00-0025 MLR-LEK, dated January 16, 2001.

  10. Attached hereto as Exhibit "H" are true and correct copies of pages 47, 48, 58, 59, 165 and 166 of the transcript of the Deposition of Barbara Bateman in <u>Patricia N., et al. v. Lemahieu, et al.</u>, Civ. No. 00-0025 MLR-LEK, dated June 7, 2008.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, July 28, 2008.


                                        /s/ Gregg M. Ushiroda
                                        GREGG M. USHIRODA