VITA

Barbara D. Bateman
32223 DeBerry Road
Creswell, OR 97426
Phone and Fax: (541) 895-3858

| EDUCATION | DEGREE | | MAJOR |
|---|---|---|---|
| Reed College, Oregon | Undergraduate | | |
| University of Oregon | Undergraduate | | |
| University of Washington | B.S. | 1954 | Psychology |
| San Francisco State College | M.A. | 1958 | Special Education |
| University of Illinois | Ph.D. | 1962 | Special Education |
| University of Oregon Law School | J.D. | 1976 | Law |

## PROFESSIONAL PROSITIONS:

1994-present   Legal consultant in special education, private practice.

1994-Present Professor Emeritus, University of Oregon.

1996   Frank Talbott, Jr., Professor, University of Virginia (Spring Semester)

1995-1997   Visiting Professor (Summers), University of Wisconsin, EauClarie (1995), Madison (1996), Silver Lake College, Wisconsin (1997).

1994-1997   Visiting Professor (Summers), University of Maine.

1969-1994   Professor of Special Education, University of Oregon, Eugene, Oregon; Director of Learning Disabilities area (1967-70); Associate Director of Early Childhood Research and Development Center (1969-70); on staff of Engelmann-Becker Follow-Through Program (1971-72); Attended University of Oregon Law School (1973-76); on staff <u>Oregon Law Review</u> (1974-75).

1966-69   Associate Professor, University of Oregon, Department of Special Education

1965-66   Associate Professor, Special Education and Rehabilitation, DePaul University, Chicago.

1960-65   Research Assistant, Research Associate and Assistant Professor, Institute for Research on Exceptional Children, University of Illinois.

**EXHIBIT B**

| | |
|---|---|
| 1958-60 | Special Education Teacher – Ashland (Oregon) Public Schools (remedial reading, speech correction, psychological testing, parent counseling). |
| 1957-58 | Research Assistant, University of Illinois Institute for Research on Exceptional Children. |
| 1957 | Educational Intern, Sonoma State Hospital for Mental Defectives, Eldridge California. |
| 1956 | Teacher of mentally retarded and emotionally disturbed blind children, Washington State School for the Blind, Vancouver, Washington. |

## HONORS

Who's Who of American Women, 6th Edition - present
Who's Who in the West, 12th Edition - present
World Who's Who of Women
Community Leaders of America, 1970 - present
Leaders in Education, 4th Edition - present
Dictionary of International Biography, 1970 - present
2,000 Women of Achievement, 1970 - present
Personalities of the West and Midwest
Contemporary Authors
Persons of Eminence in Exceptional Education
International Federation of Learning Disabilities Award - 1976
Fellow, International Academy for Research in Learning disabilities, 1982
Encyclopedia of Special Education, 1985
Who's Who in American Education, 1989-90
Holder of Frank Talbott, Jr. Chair, University of Virginia, 1996
Outstanding Americans, 1998
Named as "Influential Person in the development of the field of Special Education" in
    Remedial and Special Education, 21, Nov./Dec. 2000, p.322.

## SELECTED PAST PROFESSIONAL ACTIVITES

Editorial Board: <u>Reading Teacher, Academic Therapy, Exceptional Education Quarterly,
    Education Unlimited, Journal of Reading, Exceptional Children</u>.
Board of Governors: Council for Exceptional Children (CEC)
Board of Directors: Foundational for Exceptional Children
Advocacy Committee: Association for Children with Learning Disabilities, ACLD
TASK FORCE II: (NINDB) Children with Minimal Brain Dysfunction
Consultant to education publishers including Follett Publishing Co., Research Press, and
    Dimensions Publishing Co.
National Program Committee, ACLD, 1979, 1980, 1984

2

Editorial Board of <u>International Journal for Direct Instruction</u>, <u>Journal of Learning Disabilities</u>, <u>Remedial and Special Education</u> (RASE)
Member National Organization of Legal Problems in Education (NOLPE)
P.L. 94-142 Hearing Officer, Advocate, Consultant, workshop director, etc.
Council of Advisors, Oregon ORTON Society (Honorary, 1989)
Trustee, Reading Reform Foundation (National)
National Advisory Council of Riggs Institute
Professional Advisory Board, Learning Disabilities Association of America (LDA)
Board of Directors, International Institute for Advocacy for School Children (I'ASC)
Professional Advisory Board, New Horizons Academy

## COLLEGE TRAINING

Taught graduate and undergraduate courses at the University of Illinois, DePaul University, University of Guam, University of Hawaii, University of Maine, University of Virginia, Silver Lake College, Southern Oregon State College, and University of Oregon in:

<u>School Psychology</u>:
Educational Psychology
Tests and Measurements
Psycholinguistic Assessment
School Psychology
Diagnosis of Reading Disorders
Diagnosis of Learning Disorders and related courses

<u>Reading</u>:
Reading Methods
Psychology of Reading
Issues in Reading Instruction
Remedial Reading and related courses

<u>Special Education</u>:
Special Education Survey
Psychology of Exceptional Children
Learning Disabilities
Issues in Special Education
Mental Retardation
Diagnosis of Developmental Deviance
Individualizing Instruction for Students with mild disabilities and related courses

<u>Law</u>:
School Law
Teacher Rights
Student Rights
Special Ed Law
Law of Higher Ed
Advocacy
Education Rights and related courses

## CONSULTANTSHIPS:

Served as invited consultant, workshop director, advocate, and lecturer to public schools, state Departments of Education, private schools, clinics, professional organizations, parent groups, and universities in 50 states, and in Panama, France, Canada, Australia, Switzerland, Mexico, Ireland, Guam, Commonwealth of Northern Mariana Islands, Majouro, Ponape, and Palau.

PUBLICATIONS:

More than 100 books, monographs, book reviews, chapters, and articles published

Selected Publications Which Reflect Current Interests and Views:

Law and Special Education:

Bateman, B. D., & Golly, A. (2003). *Why Johnny doesn't behave: Twenty tips for measurable BIPS.* Verona, WI: Attainment.

Bateman, B. D., & Herr, C. M. (2003). *Writing measurable IEP goals and objectives.* Verona, WI: Attainment.

Herr, C.M., & Bateman, B.D. (2003). Law and Learning Disabilities. In H.L. Swanson, K. Harris, & S. Graham (Eds.), Handbook of Learning Disabilities (pp.57-73). New York: Guildford.

Bateman, B. D., & Herr, C. M. (2001). (Module 5) Standards-Based IEPs [Online]. Lawrence, KS: The University of Kansas, eLearning Design Lab, Center for Research on Learning. Available: eLearningsign.org.

Bateman, B.D., & Linden, M.A. (1998). Better IEPs: How to develop legally correct and educationally useful programs (3d ed.). Longmont, CO: Sopris West.

Bateman, B.D. (1998). Winning services, placements and reimbursements for students with dyslexia and other learning disabilities. Perspectives, 24(1), 22-24.

Bateman, B.D., & Chard, David J. (1995). Identifying students who have learning disabilities. Oregon Conference Monograph, 7, College of Education, University of Oregon, 3-11.

Bateman, B.D. (1995). Writing IEPs for success. In Learning Disabilities Assoc. of America (Eds.) Secondary education and beyond. Pittsburgh, PA.: LDA (4156 Library Rd., Pittsburgh 15234).

Bateman, B.D., & Herr, C. (1981). Legislation and litigation in special education. In D. Hallahan & J. Kauffman (Eds.), The handbook of special education, Englewood Cliffs, NJ: Prentice-Hall.

4

Special Education:

Bateman, B. D. (2002). Clinical judgments in identifying and teaching children with reading disabilities: Another perspective. In R. Bradley, L. Danielson, & D. Hallahan (Eds.). Identification of learning disabilities: Research to practice. Mahwah, NJ: Lawrence Erlbaum.

Bateman, B.D. (1994) Who, how, and where: Special education's issues in perpetuity. Journal of Special Education, 27, 509-520. Also reprinted in Kauffman, J.M., & Hallahan, D.P. (eds.). The illusion of full inclusion: A comprehensive critique of a current special education bandwagon. Austin, TX: Pro-ed.

Bateman, B. D. (1992). Learning disabilities: The changing landscape. The Journal of Learning Disabilities, 25, 29-36.

Bateman, B.D. (1991). Teaching word recognition to slow-learning children. Journal of Reading, Writing, and Learning Disabilities International, 7(1), January-March, 1-16.

Bateman, B.D. (1979). Teaching reading to learning disabled and other hard-to-teach children. In L. Resnick and P. Weaver (Eds.), Theory and practice of early reading, I. Hillsdale, NJ: Lawrence Erlbaum.

Bateman, B.D. (1973). Educational implications of minimal brain dysfunction. In F.F. de la Cruz, B.H. Box, & R.H. Roberts (Eds.), Minimal brain dysfunction. (Vol. 205), New York: Annals of the New York Academy of Sciences.

Bateman, B.D. (1971). Essentials of teaching. Creswell, OR: Otter Ink.

Bateman, B.D. (1967). Three approaches to diagnosis and educational planning for children with learning disabilities. Academic Therapy Quarterly, 2, 215-222.

Publications 1962 - present
(in reverse chronological order)

## BOOKS

Bateman, B. D., & Golly, A. (2003). *Why Johnny doesn't behave: Twenty tips for measurable BIPS*. Verona, WI: Attainment.

Bateman, B. D., & Herr, C. M. (2003). *Writing measurable IEP goals and objectives*. Verona, WI: Attainment.

Bateman, B.D., & Linden, M.A. (1998). Better IEPs: How to develop legally correct and educationally useful programs (3d ed.). Longmont, CO: Sopris West.

Bateman, B.D. & Haring, N.G. (1977). Teaching the learning disabled child. Englewood Cliffs, NJ: Prentice-Hall.

Bateman, B.D. (ed.) (1973). Reading performance and how to achieve it. Seattle, WA: Special Child Publications.

Bateman, B.D. (1971). Essentials of teaching. Creswell, OR: Otter Ink.

Bateman, B.D. (ed.) (1971). Learning disorders, IV. Seattle, WA: Special Child Publications.

Bateman, B.D. (1968). Temporal learning. Sioux Falls, SD: Adapt Press. (Originally published by Dimensions, San Rafael, CA).

Bateman, B.D. (1968). Clinical interpretation of the ITPA. Seattle, WA: Special Child Publications.

## CHAPTERS

Herr, C. M., & Bateman, B.D. (2003). Law and Learning Disabilities. In H.L. Swanson, K. Harris, & S. Graham (Eds.), Handbook of Learning Disabilities (pp. 57 - 73). New York: Guildford.

Bateman, B. D. (2002). Clinical judgments in identifying and teaching children with reading disabilities: Another perspective. In R. Bradley, L. Danielson, & D. Hallahan (Eds.). Identification of learning disabilities: Research to practice. Mahwah, NJ: Lawrence Erlbaum.

Bateman, B. D. & Herr, C. M. (2001). (Module 5) Standards-Based IEPs [Online]. Lawrence, KS: The University of Kansas, eLearning Design Lab, Center for Research on Learning. Available: eLearndesign.org.

Bateman, B.D., & Chard, D.J. (1995) Legal demands and constraints on placement decisions. In J.M. Kauffman, J.W. Lloyd, J.W., & D.P. Hallahan (Eds.) <u>Issues in the educational placement of pupils with emotional or behavioral disorders.</u> Hillsdale, NJ: Lawrence Erlbaum.

Bateman, B.D., & Herr, C. (1981). Legislation and litigation in special education. In D. Hallahan & J. Kauffman (Eds.), <u>The handbook of special education</u>, Englewood Cliffs, NJ: Prentice-Hall.

Bateman, B.D. (1979). Teaching reading to learning disabled and other hard-to-teach children. In L. Resnick and P. Weaver (Eds.), <u>Theory and practice of early reading, I</u>. Hillsdale, NJ: Lawrence Erlbaum.

Bateman, B.D. (1967). The visually handicapped. In N. Haring & R. Schiefelbush (Eds.), <u>Methods in special education</u>, New York: McGraw-Hill.

Bateman, B.D. (1966). Learning disorders. <u>Review of Educational Research, 36</u>, 93-119.

Bateman, B.D. (1965). An educator's view of a diagnostic approach to learning disorders. In J. Hellmuth (Ed.), <u>Learning disorders</u> (Vol. I). Seattle, WA: Special Child Publications.

## MONOGRAPHS

Bateman, B.D. & Koyuk, M.S. (1984). Identification of learning disabled children. Western Regional Resource Center: University of Oregon, Eugene, OR. Mimeograph, 85 p.

Bateman, B.D. (1980). <u>So you're going to hearing: Preparing for a P.L. 94-142 hearing</u>. Northbrook, IL: Hubbard. Also available from Research Press, Champaign, IL.

Bateman, B.D. (1970). A curriculum for gifted kindergarteners. In. M. Meeker & J. McGary (Eds.), <u>A curriculum framework for mentally gifted minors</u>. Sacramento, CA: California State Dept. of Public Instruction.

Bateman, B.D. & Schiefelbush, R.L. (1969). Educational identification, assessment and evaluation procedures, in <u>Minimal brain dysfunction in children</u>. (Public Health Service Publication No. 2015).

Bateman, B.D. & Haring, N.C. (1969). Introduction, in <u>Minimal brain dysfunction in children</u>. (Public Health Service Publication No. 2015).

Bateman, B.D. (1967). <u>Reading - a controversial view: Research and rationale</u>. Curriculum Bulletin #278, XXIII, May. Eugene, OR: University of Oregon, School of Education. (Reprinted in Tarnopol, L. (Ed.), <u>Learning disabilities</u>. Springfield, Ill.: Charles C. Thomas, 1969. Also reprinted in Smith, H. (Ed.), <u>Perception and reading</u>, Newark, DE: International Reading Association, 1968).

Bateman, B.D. (1965). <u>The ITPA in current research: Summaries of studies</u>. Urbana, IL.: University of Illinois, (Rev. Ed.), June. 43 p.

Bateman, B.D. & Kirk, S.A. (1964). <u>Ten years of research</u>. Institute for Research on Exceptional Children, University of Illinois, March. 52 p.

Bateman, B.D. (1963). <u>Reading and psycholinguistic processes of partially seeing children</u>. CEC Research Monograph, Series A, No. 5.

Bateman, B.D., Sievers, D.J., McDarthy, J.J., Olson, J.L., & Kass, C.E. (1963). <u>Selected studies on the Illinois Test of Psycholinguistic Abilities</u>. Madison, WI: Photo Press.

## ARTICLES

Bateman, B.D. (1998). Winning services, placements and reimbursements for students with dyslexia and other learning disabilities. <u>Perspectives, 24</u>(1), 22-24.

Bateman, B.D., & Chard, David J. (1995). Identifying students who have learning disabilities. <u>Oregon Conference Monograph</u>, 7, College of Education, University of Oregon, 3-11.

Bateman, B.D. (1995). The physician and the world of special education. <u>J. Child Neurology, 10</u>, S114-S120.

Bateman, B.D. (1995). Writing IEPs for success. In Learning Disabilities Assoc. of America (Eds.) <u>Secondary education and beyond</u>. Pittsburgh, PA.: LDA (4156 Library Rd., Pittsburgh 15234).

Bateman, B.D. (1994). Toward better identification of learning disabilities. <u>Learning Disabilities: A Multidisciplinary Journal, 5</u>, 95-99.

Bateman, B.D. (1994) Who, how, and where: Special education's issues in perpetuity. <u>Journal of Special Education, 27</u>, 509-520. Also reprinted in Kauffman, J.M., & Hallahan, D.P. (eds.). <u>The illusion of full inclusion: A comprehensive critique of a current special education bandwagon</u>. Austin, TX: Pro-ed.

Bateman, B. D. (1992). Learning disabilities: The changing landscape. <u>The Journal of Learning Disabilities, 25</u>, 29-36.

Bateman, B.D. (1991). Teaching word recognition to slow-learning children. <u>Journal of Reading, Writing, and Learning Disabilities International, 7</u>(1), January-March, 1-16.

Bateman, B.D. (1986). Identification and misidentification of learning disabilities: A review of selected literature on the issues. Texas State Dept. of Education, Austin, TX. 29 p.

Bateman, B.D. (1986). Disproportionality and IQ testing: The aftermath of Larry P. v. Riles. Third Annual Pacific Northwest Institute on Special Education and the Law. University of Washington. p. 49-54.

Bateman, B.D. (1985). Strike two. Special Education Today, 2(1).

Bateman, B.D. (1985). Equal protection for the handicapped. Special Education Today, 2(3).

Bateman, B.D. (1985). Another view of Rowley. Special Education Today, 2(3).

Bateman, B.D. (1983). A commentary on John's critique of Gurren and Hughes's study: Measuring the effects of intensive phonics vs. gradual phonics in beginning reading. In L.M. Gentile, et. al. (Eds.), Reading Research Revisited, Columbus, OH: Charles E. Merrill.

Bateman, B.D. (1982). Youngberg v. Romeo: Analysis and commentary. Analysis and Intervention in Developmental Disabilities, 3, 375-382.

Bateman, B.D. (1983). Legal and ethical dilemmas of special educators. Exceptional Education Quarterly, 2(4), 57-67.

Bateman, B.D. (1980). The right to read. In V. Geagy (Ed.), Invited addresses -International Year of the Child. Dublin, Ireland: St. Patricks University.

Bateman, B.D. (1979). Due Process and the handicapped child. Early Years, 9(8), 41-42.

Bateman, B.D. (1978). The courts and reading: An update on recent decisions affecting schools. The Reading Informer, 6(1), Oct. 8-9, 20-21, 16.

Bateman, B.D. (1977). Prescriptive teaching and individualized education programs (IEP's). In R. Heinich & S.C. Ashcroft (Eds.), Instructional technology and the education of all handicapped children. Columbus, OH: Ohio State University.

Bateman, B.D. (1975). Poor reading instruction and the law. The Reading Informer, 3(1), 17-19.

Bateman, B.D. with Gabourie, J., Becker, J., Dunn, M., & Jacob, S. Oral dimethyl sulfide in mental retardation. In S. Jacob & R. Herschler (Eds.), Biological actions of dimethyl sulfoxide. (Vol. 243). New York: Annals of the New York Academy of Sciences.

Bateman, B.D. (1973). Educational implications of minimal brain dysfunction. In F.F. de la Cruz, B.H. Box, & R.H. Roberts (Eds.), Minimal brain dysfunction. (Vol. 205), New York: Annals of the New York Academy of Sciences. Reprinted in The Reading Teacher, 1974, 27, 662-668.

Bateman, B.D. (1973). Humanistic goals and behaviorist technology. School Psychology Digest, (Winter), 3-9.

Bateman, B.D. (1972). The amelioration of mental deficiency. In R. Murray & P. Rosser, *The genetic, metabolic, and developmental aspects of mental retardation*. Springfield, IL: Charles C. Thomas.

Bateman, B.D. with Frankel, H. (1972). Special education and the pediatrician. *Journal of Learning Disabilities, 5*, 178-186.

Bateman, B.D. (1969). The role of individual diagnosis in remedial planning for reading disorders. In *Reading Forum*, Secretary's (HEW) National Advisory Committee on Dyslexia and Related Reading Disorders, NINDS Monograph, No. 11, 127-139.

Bateman, B.D. (1968). Curriculum for young mental retardates. In Proceedings - Special Study Institute for Administrators of Special Education. Los Angeles: University of Southern California, Instructional Materials Center.

Bateman, B.D. (1968). Automatic-sequential language deficiencies in mentally retarded children. In B.W. Richards (Ed.), *Proceedings of the First Congress of the International Association for the Scientific Study of Mental Deficiency*. Montpellier, France.

Bateman, B.D. (1968). A pilot study of mentally retarded children attending summer day camp. *Mental Retardation, 6*(1), 39-44.

Bateman, B.D. (1968-69). "Clinically" obtained IQs versus "production line" IQs in a mentally retarded sample. *Journal of School Psychology, 7*(1), 29-33.

Bateman, B.D. (1967). Implications of a learning disability approach for teaching educable retardates. *Mental Retardation, 5*(3), 23-25.

Bateman, B.D. (1967). A reference line for use with the ITPA. *Journal of School Psychology, 5*, 128-135.

Bateman, B.D. (1967). Three approaches to diagnosis and educational planning for children with learning disabilities. *Academic Therapy Quarterly, 2*, 215-222.

Bateman, B.D. (1967). Some educational characteristics of partially seeing children, II. *International Journal for Education of the Blind, 17*(2), 33-40.

Bateman, B.D. (1966). Techniques in diagnosis and remediation of school learning problems. In D. Bilovsky, A. Attwell, & C. Jamison (Eds.) *Readings in Learning Disability*. New York: Selected Academic Readings.

Bateman, B.D. (1965). Psychological evaluation of blind children. *New Outlook for the Blind, 59*, 193-196.

Bateman, B.D. (1965). An overview of specific language disabilities. <u>Bulletin of the Orton Society, 15,</u> 1-11.

Bateman, B.D. (1965). Learning disabilities - An overview. <u>Journal of School Psychology,</u> 3(3), 1-12.

Bateman, B.D. (1965). The role of the ITPA in differential diagnosis and program planning for mentally retarded. <u>American Journal of Orthopsychiatry, 35,</u> 465-472.

Bateman, B.D., & Wetherell, J. (1965). Psycholinguistic aspects of mental retardation. <u>Mental Retardation,</u> April, 8-13.

Bateman, B.D., & Wetherell, J. (1964). A critique of Bloomfield's linguistic approach to the teaching of reading. <u>The Reading Teacher, 18,</u> 98-104.

Bateman, B.D. (1964). Learning disabilities - Yesterday, today, and tomorrow. <u>Exceptional Children, 31,</u> 167-177.

Bateman, B.D. (1964). Some educational characteristics of partially seeing children. In <u>Selected Convention Papers,</u> Council for Exceptional Children, NEA:Washington, D.C.

Bateman, B.D. (1964). The modifiability of sighted adults' perceptions of blind children's abilities. <u>New Outlook for the Blind, 58,</u> 133-135.

Bateman, B.D. (1962). Sighted children's perceptions of blind children's abilities. <u>Exceptional Children, 29,</u> 42-46.

Bateman, B.D., & Kirk, S.A. (1962). Diagnosis and remediation of learning disabilities. <u>Exceptional Children, 29,</u> 73-78.

Bateman, B.D. (1963). Mild visual defect and learning problems in partially seeing children. <u>Sight-Saving Review, 33</u>(1), 30-33.

Bateman, B.D., & Kirk, S.A. (1962). Diagnosis and remediation of learning disabilities. In <u>Selected Convention Papers,</u> Council for Exceptional Children, NEA: Washington, D.C.

## BOOK REVIEWS

Bateman, B.D. (1988). Review of <u>Word Recognition</u> by P. Groff and D. Seymour. <u>Reading Informer.</u>

Bateman, B.D. (1981). Review of <u>Why Johnny Still Can't Read,</u> by Rudolf Flesch. <u>Reading Informer, 8</u>(3), March/April.

Bateman, B.D. (1979). Review of <u>Educating handicapped children: The legal mandate</u> by R. Martin. <u>Journal of Law and Education, 8,</u> 591-594.

Bateman, B.D. (1977). Survival and more. Review of <u>Education for dignity</u> by M. Frostig. <u>Contemporary Psychology, 22</u>, 468-469.

Bateman, B.D. (1976). An integrative overview. Review of <u>Educating emotionally disturbed children</u> by H. Dupont. <u>Contemporary Psychology, 21</u>, 189-190.

Bateman, B.D. (1974). Review of <u>Preventing reading failure</u> by K. deHirsch & J. Jansky. <u>Education and Urban Society</u>, May, 363-368.

Bateman, B.D. (1973). Review of <u>Children with learning disabilities: A five year follow-up</u> by E. Koppitz. <u>Exceptional Children, 39</u>, 580-581.

Bateman, B.D. (1972). Review of <u>Classroom management: The successful use of behavior modification</u> by K.D. O'Leary and S.G. O'Leary (Eds.). <u>Educational Studies, 3</u>(3), Fall.

Bateman, B.D. (1971). Review of <u>Culturally disadvantaged child</u>, Vol. III by J. Helmuth (Ed.). <u>Exceptional Children, 38</u>, 273-276.

Bateman, B.D. (1971). Review of <u>Development of audiolinguistic skills in children</u> by M. Mecham. <u>Exceptional Children, 37</u>, 613.

Bateman, B.D. (1969). Review of <u>Steps to achievement for the slow learner</u> by J. Ebersole, N. Kephart, & M. Ebersole. <u>Exceptional Children, 35</u>, 393-394.

Bateman, B.D. (1968). Review of <u>Perceptual training activities handbook</u> by B. VanWitsen. <u>Exceptional Children</u>, 34, 713.

Bateman, B.D. (1967). <u>Predicting reading failure</u> by K. deHirsch, J. Jansky, & W. Langford. <u>Exceptional Children, 34</u>, 135-136.

Bateman, B.D. (1965). Review of <u>Reading disorders</u> by R. Flower, H. Goffman, & L. Lawson. <u>Exceptional Children, 32</u>, 124-125.

## MISCELLANEOUS

Bateman, B.D. (1991). Legal definitions and the JD-LD linkage. In Orton Dyslexia 42nd Annual Conference booklet. <u>Peak Performance</u>, p. 11-13.

Bateman, B.D. (1991). LDA-REI-LRE. <u>LDA Newsbriefs, 26</u>(1), January, p. 3.

Bateman, B.D. (1987). Preface to <u>Preventing Reading Failure</u> by P. Groff. National Book Co.: Portland, OR, V, VI.

Bateman, B.D. (1981-82). Monthly column in <u>The Capsulary</u> newsletter published by the California Association of Private Special Education Schools.

Bateman, B.D. (1981-82). Monthly column "Hotline" in Action Link, newsletter for Project Act, Portland, OR Public Schools.

Bateman, B.D. (1981). Script for two filmstrips on P.L. 94-142, Champaign, IL: Research Press.

Arena, J. (1979). Profiles: An interview with Barbara Bateman. Academic Therapy, 14, 353-358.

Bateman, B.D. (1975). Sex discrimination as good cause for terminating employment. Oregon Law Review, 54, 375-382.

Bateman, B.D. (1974). Language intervention for mentally retarded. In L. Lloyd & R. Schiefelbush (Eds.), Language perspectives--Acquisition, retardation, and intervention. Baltimore: University Park. (Summary).

Bateman, B.D. (1972). Teaching children with learning problems. Paper presented at Christ College, Victoria, Australia, April. (Available for SPELD, P.O. Box 146, Camberwell, 3124, Victoria, Australia, 25 p.)

Bateman, B.D. (1972). Special education in Micronesia. DCLD Newsletter, Vol. II, 2, Spring-Summer.

Bateman, B.D. (1969). A summary of Engelmann's Conceptual Learning. In S. Engelmann, Conceptual Learning, San Rafael, CA: Dimensions,   vii-xx. (Summary).

*Barbara Bateman, Ph.D., J.D.*
*Legal Consultant in Special Education*

Special Education Legal Fee Schedule
Effective 8/01/01

| | |
|---|---|
| File Review, Report | $300.00 per hour |
| Deposition (In-state) | $350.00 per hour ($1000.00 minimum) |
| Testify in hearing, trial (In-state; telephone) | $375.00 per hour ($1000.00 minimum) |
| Telephone Consultation, Interview | $300.00 per hour ($100.00 minimum) |
| Out-of-State Activities | $3000.00 per day, plus expenses and travel time |

Travel Time Out-of-State
    First 8 hours <u>no charge</u>, thereafter $55.00 per hour
    (Home to hotel; hotel to home)

All fees subject to change, negotiation.

32223 DeBerry Road
Creswell, OR 97426-9717