IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br> Defendants. | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of *DEFENDANTS' AMENDED SUBMISSION OF REDACTED EXHIBIT "E" TO SUBMISSION OF REDACTED EXHIBITS "C", "D" & "E" TO MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN FILED ON 7/28/08, FILED ON 7/29/08*, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 29, 2008:

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
ANNE L. WILLIAMS, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, July 29, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Patricia N., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000252 MLR-LEK; Certificate of Service