IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br> Defendants. | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Matter) <br><br> **DECLARATION OF GREGG M. USHIRODA** |

## DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION ("DOE") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "A" is a true and accurate copy of Amber N.'s Second Supplemental Response To Defendant's First Request to Answer Interrogatories to Amber N.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, August 11, 2008.


        /s/ Gregg M. Ushiroda
        GREGG M. USHIRODA