IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>    Defendants. | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Matter)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**, was duly served electronically through CM/ECF on the following attorneys to their last known address August 11, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
**ANNIE L. WILLIAMS, ESQ.**
851 Fort Street; Suite 400
Honolulu, HI  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 11, 2008.


   /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Patricia N., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-00252 MLR-LEK; Certificate of Service