IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PATRICIA HAMAMOTO, et al.,<br><br>　　　　　Defendants. | CIVIL NO. CV 00-000252 MLR/LEK (Other Civil Matter)<br><br>DECLARATION OF STANLEY E. LEVIN |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1.　　I am one of the named attorneys in the above captioned case.

2.　　Attached hereto as Exhibit A is a true and correct copy of the pertinent pages of the Deposition of Barbara Bateman taken on June 7, 2008.

I declare under penalty of perjury that the above is true and correct.

Executed on the 22nd day of August 2008.

　　　　　　　　　/S/ STANLEY E. LEVIN

　　　　　　　　　_____
　　　　　　　　　STANLEY E. LEVIN