IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, et al.,<br><br>Defendants. | Civil No. CV 00-000252 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 22, 2008, a true and correct copy of the PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS DEPARTMENT OF EDUCATION AND PATRICIA HAMAMOTO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES was duly served upon the following parties by electronic filing via CM/ECF:

>Holly T. Shikada, Esq.   (holly.t.shikada@hawaii.gov)
>Deputy Attorney General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
Leighton M. Hara, Esq.   (lhara@wik.com)
WATANABE ING LLP
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 22, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
Attorneys for Plaintiffs