ORIGINAL

S404753.1
WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**GARY S. SUGANUMA**     #6960-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT    #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM    #2487-0
HOLLY T. SHIKADA   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Matter) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS; CERTIFICATE OF SERVICE** <br><br> **NO TRIAL DATE SET** |

```
Department of Education;         )
DEPARTMENT OF EDUCATION,         )
STATE OF HAWAII,                 )
                                 )
        Defendants.              )
_____)
```

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Ross T. Shinyama, Esq. of the law firm of Watanabe, Ing LLP hereby enters an appearance on behalf of Defendants in the above-captioned matter.

Mr. Shinyama hereby requests to be included in service of all future pleadings, documents and other papers served in this proceeding, including electronic filings. Copies of said pleadings, documents and other papers served or filed herein should be served as follows:

>   MELVYN M. MIYAGI, ESQ.
>   GREGG M. USHIRODA, ESQ.
>   GARY S. SUGANUMA, ESQ.
>   LEIGHTON M. HARA, ESQ.
>   ROSS T. SHINYAMA, ESQ.
>   First Hawaiian Center, 23rd Floor
>   999 Bishop Street
>   Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, August 21, 2008.

_____
MELVYN M. MIYAGI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br>    Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>    Defendants. | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Matter)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, was duly served via U.S. mail on the following attorneys to their last known address on August 21, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
**ANNIE L. WILLIAMS, ESQ.**
851 Fort Street; Suite 400
Honolulu, HI  96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, August 21, 2008.

/s/ R. T. Shinyama
MELVYN M. MIYAGI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Patricia N., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-00252 MLR-LEK; Certificate of Service