## CURRICULUM VITAE
## ROBERT C. MARVIT, M.D.

**ADDRESS:**   Home:   929 Pueo St., Honolulu, HI 96816

Office:   1314 South King St., Ste. 862, Honolulu, HI  96814

**DATE OF BIRTH AND PLACE:**   January 23, 1938; Lynn, Massachusetts

**PHONE:**        (808) 591-2420 (office)
(808) 591-2423 (fax)
(808) 382-5277 (cell phone)

**E-MAIL ADDRESS:**  rmarvit@juno.com

## EDUCATION:

Undergraduate:

Tufts University, Chemistry-Biology, 1955-56, Summer, 1958
Boston University, Physics, Summer, 1959
Massachusetts College of Pharmacy, 1956-60, Biochemistry

Graduate:

Tufts University School of Medicine, 1960-64, M.D.
Harvard University School of Public Health, 1969-70,
M.Sc. (Behavioral Sciences)
Harvard Medical School, Laboratory of Community Psychiatry,
1969-70
Harvard Law School, 1969-70

Post Graduate:

New England Medical Center - Pratt Diagnostic Hospital 1964-65, Medicine
Massachusetts General Hospital: Adult and Child Psychiatry, neuropsychiatry, Neuro
Medicine, 1967-70

HONORS:
Undergraduate:

B.S. Summa Cum Laude, 1960
Rho Chi Honor Society, first in class

Robert C. Marvit, M.D. Curriculum Vitae
Page 2

Graduate:

A.O.A. Medical Honor Society Research Award, 1963

## POSITIONS:

| | |
|---|---|
| 1976-80 | Director, Health Information Systems Office Department of Health |
| 1977- | Forensic Advisor, State Mental Health Division |
| 1978- | Adjunct Professor School of Public Health, University of Hawaii |
| 1974-78 | Professor, Public Health, University of Hawaii |
| 1970- | Private Practice Psychiatry, Rehabilitation and Forensic Psychiatry, Hawaii |
| 1970- | Consultant to State of Hawaii Courts and Corrections |
| 1970 | Consultant to State of Hawaii Office of the Attorney General |
| 1970-73 | Associate Professor of Public Health and Clinical Associate Professor of Psychiatry, University of Hawaii |
| 1967-70 | Career Fellow National Institute of Mental Health |
| 1967-70 | Clinical and Research Associate, Harvard Medical School |
| 1965-67 | Senior Medical Officer, U.S. Public Health Service |
| 1964-65 | Instructor in Medicine, Tufts University School of Medicine |
| 1962- | Research Fellow Immunology N.I.H. |
| 1973- | Adjunct Professor Mental Health University of Hawaii College of Health Sciences and Social Welfare |

## RELEVANT ORGANIZATIONS:

<u>Fellow</u> American College of Preventive Medicine
<u>Fellow</u> International Society for Social Psychiatry
American Public Health Association
<u>Fellow</u> American Psychiatric Association
American Academy for Psychiatry and the Law
Hawaii Psychiatric Society
American Association for the Advancement of Science
Harvard Medical Society
Boston Society for Neurology and Psychiatry
Hawaii Neurology Society
International Society for Neurosciences
American Academy of Forensic Psychiatry
Hawaii Medical Association

Robert C. Marvit, M.D. Curriculum Vitae
Page 3

## LICENSES:

Registered to practice medicine in the states of Hawaii, California, and Massachusetts
Qualified by training and experience by the Boards of Psychiatry and Neurology and Forensic
Psychiatry

## BOARD CERTIFICATION:

Certified by the American Board of Psychiatry and Neurology - 1972
Certified by American Board of Forensic Psychiatry - 1979
Diplomate American Board of Medical Examiners - 1964

## MILITARY:

Completed with U.S. Public Health Service, 1965-67;
Rank of Lieutenant Commander

## RESEARCH:

Past:

1. Inducing social change in delinquent adolescents (with Family Court)
2. Mental health screening instrument to determine untreated psychiatric disorder prevalence (WICHE collaborative project)
3. Use of computerized mental health data in program evaluations and assessment of psychopathology (with Rockland State Hospital)
4. Organ Transplantation Department of Immunology and Surgical Research, New England Medical Center, 1960-64
5. Pulmonary Function, Boston City Hospital, 1963
6. Biostatistical analysis of community attitudes regarding sexuality
7. Changing adolescent attitudes by use of videotape in group therapy
8. Family size and socio-economic status
9. Biodynamic basis of violence (collaborative project with Department of Health and Department of Social Services)
10. School drop-out phenomenon as an index of psycho-social disorder (collaborative project with the Department of Education)
11. Computer stimulation for staffing standards in community mental health centers.

Robert C. Marvit, M.D. Curriculum Vitae
Page 4

12.   State master plan for the criminally insane - completed 1977
13.   Health manpower forecasting - completed 1978
14.   Consumer attitudes of mental health services - completed 1978
15.   Genetics and schizophrenia (Department of Health, State Hospital)
16.   Socio-cultural determinants in mental health and illness
17.   Mental health program evaluation and planning
18.   Bonding, Aggression, Social policy
19.   Determinants of outcome in mental disorders
20.   Forensic Psychiatry
21.   Computers, confidentiality and epidemiologic research
22.   Compensation and personal injury
23.   Post Traumatic Stress Disorders
24.   Chronic Pain Syndromes
25.   Cortical Dysfunctions
26.   Medical Ethics
27.   Workers' Compensation
28.   Personal Injury Claims
29.   Impaired Physicians

## PAST TEACHING:

### School of Public Health:

Mental Abnormality and the Law
Psychiatric Epidemiology and the Assessment of Mental Health
Community Mental Health
Advanced Topics in Mental Health-Public Health

### Medical School, Department of Psychiatry:

Research Methods, Post Graduate Medical Education
Community Mental Health, In-Service Training, Mental Health Division
Forensic Psychiatry

### Community:

Workshop in mental health for courts and corrections

Lectures for the Department of Education in case consultation

Robert C. Marvit, M.D. Curriculum Vitae
Page 5

Workshops in therapeutic communities for youth facility house parents

Public health programs for psychiatric disorders

Occupational medicine

Chemical dependency

<u>Guest Lecturer:</u>

Schools of Nursing and Social Work; College of Continuing Education and Community Service

School of Medicine, Research Training Program and Grand Rounds.

Category I, Continuing Medical Education Series in Forensic Medicine

## ADDITIONAL UNIVERSITY FUNCTIONS:

Ph.D. Dissertation Committees: Departments of Psychology, Genetics and Anthropology Medical Student/Resident Teaching, Department of Psychiatry and Community Medicine.

Establishment of new courses, "Death as a Community Health Issue"; "Behavioral Science Basis of Public Health".

## SPECIAL RESEARCH GRANTS, STUDIES, AND ACTIVITIES:

International Collaborative Study on the Epidemiology of Schizophrenia
Clinical Director of the World Health Organization Research Field Unit in Hawaii – 1978

## SPECIAL APPOINTMENTS:

American Arbitration Association, Medical Care Arbitration
Legislative Representative Hawaii Psychiatric Society
Committee on Emerging Issues American Psychiatric Association
Medical Quality Assurance panel - Pacific PSRO

Robert C. Marvit, M.D. Curriculum Vitae
Page 6

## COMMUNITY SERVICE:

President, Hawaii Psychiatric Society, 1974-75
Chairman, Peer Review and Ethics Committee, Hawaii Psychiatric Society, 1976-79
Member, PAC-PSRO Criteria Committee
Member, Utilization Review, the Queens Medical Center
Active Staff:
   The Queen's Medical Center
   St. Francis Hospital
   Rehabilitation Hospital of the Pacific
Editorial Reviewer, Hawaii Medical Journal; American Journal of Forensic Psychiatry, Archives

General Psychiatry; Bulletin American Academy of Psychiatry and the Law
Consultant for psychiatric-medical-legal issues for the Office of the Attorney General, State of Hawaii
Member of Governor's Commission on Controlled Substances and Alcoholism, and Chairman of the Commission's Facilities Standards Committee 1971
Medical Advisory Board, Multiple Sclerosis Society and Hawaii Epilepsy Society
College of Health Sciences and Social Welfare Committee for Interdisciplinary Training in Community Mental Health
Queen's Medical Center Research Committee member

## SELECTED PUBLICATIONS, PRESENTATIONS, MONOGRAPHS:

1. "The Selective Suppression of the Immune Response in Heterologous and Homologous Systems," Journal of the New England Medical Center, (Marvit, 1962).

2. "Acute Effects of Bilateral Glomectomy on Lung Mechanics at Rest and During Induced Airway Obstruction,: Disease of Chest, 1964. (Maurice Segal, Jack Dulfano, Robert Marvit and Robert Schlesinger).

3. "A Study in the Ecological Aspects of Beta

Robert C. Marvit, M.D. Curriculum Vitae
Page 7

      Streptococcal Infections Both From an Endemic
      and Epidemic Approach," (Presented at
      Clinical Society Meeting, U.S. Public Health
      Service. 1966).

4.  "Paradoxical Phenothiazine Reaction in Acute
    Psychosis," (Presented at New England Society
    of Psychiatry and Neurology, 1969). (Marvit)

5.  "Cultural Relativism and the Psychiatrist,"
    (Presented at Harvard Law School, 1969).
    (Marvit)

6.  "Coming of Age in Hawaii: Crises of Identity
    in Paradise," (Prepared for workshop in
    education, Department of Education, University
    of Hawaii, 1971). (Marvit)

7.  "Alienation Reduction in Short Term Group
    Therapy, "American Journal of Psychiatry,
    December, 1970.  (William B. Donovan and Robert
    Marvit)

8.  "Quality Control in Mental Health Services,"
    (Marvit)

9.  "Inducing Social Change in Delinquent
    Adolescents," (Submitted Hospital and
    Community Psychiatry), published August,
    (Marvit, 1972).

10.  "Biodynamic Basis of Violence," (Contracted
    for in-house distribution by June). (Marvit)

11.  Psychiatry and the Law - a manual for
    correctional officers. (Marvit)

12.  Psychiatric Caseness: A three Dimensional
    Approach (State Health Department). (Marvit)

13.  "Use of Videotape to Induce Social Change in

Robert C. Marvit, M.D. Curriculum Vitae
Page 8

Delinquent Adolescents," accepted by the
presentation at annual meeting, 1973. (Marvit,
Dennis McLaughlin and Judy Lind)

14. "Legacy of Handicap: Our failure in preventing
mental retardation problems," submitted for
the Eldrige award, December, 1972. (Marvit)

15. "Role of Eco-epidemiology in the Prevention of
Mental Illness," presented American Psychiatric
meeting, Honolulu, May 1973. (Robert Marvit and
Arnold Schwartz)

16. "Environment and the Production of Mental Health",
prepared for "A Conference on High Rise Buildings,"
October 26-27, 1973. (Marvit)

17. "The Use of Videotape to Induce Social Change in
Delinquent Adolescents," American Journal of
Psychiatry, September 1974.

18. "Handicapping the Minority and Poor: Selective
Failures in Preventive Intervention," (presented
at 1974 American Public Health Association
Meeting)

19. "Schizophrenic Risk Mortality - A Cohort Study,"
(to be presented at the 1975 Annual Meeting of
the American Psychiatric Association).

20. "Justice is Not a Psychiatric Term." (Presented
at the Annual Meeting of the American Academy of
Psychiatry and the Law, October, 1976)

21. "Peer Practice: Everybody's Concern and
Nobody's Business," (accepted for presentation
at the Annual Meeting of the American
Psychiatric Association, May, 1977, Toronto,
Canada)

Robert C. Marvit, M.D. Curriculum Vitae
Page 9

22. "A Conceptual Model of Consumerism in Mental
    Health," VI World Congress of Psychiatry, 1977.

23. "Interracial Differences in a Schizophrenic Cohort,"
    VI World Congress of Psychiatry, 1977.

24. "Statistical Evaluation of Services" by Peer
    Review", VI World Congress of Psychiatry, 1977.

25. "Factors in the Prediction of Violence", Annual
    Conference of National Council on Crime and
    Delinquency, Honolulu, November, 1975.

26. "Diagnostic and Evaluative Processes of Accused
    Offenders," Prosecutors Statewide Seminar on
    Challenging the Expertise of Psychologists and
    Psychiatrists, Honolulu, December, 1975.

27. "Master Plan for the Criminally Insane. Who Are
    They?" What Can Be Done?", October, 1977.

28. Forensic Psychiatry Series:
    (a) Prediction of violence
    (b) Evaluation interviews of the accused
    (c) Clinical definition of dangerous, myth
        or reality
    (d) Criminal responsibility in the mentally
        ill offender

29. Medical/legal psychiatric issue series:

    (a) Death, Dying, The Psychological
        Revolution: Our Last Request For
        Responsibility.

    (b) An Overview of Confidentiality and
        Privilege

    (c) Malpractice Primer

    (d) Health Care Professionals Involvement

Robert C. Marvit, M.D. Curriculum Vitae
Page 10

With the Legal System

    (e)  Working Papers on Informed Consent in
           Mental Health Treatment

    (f)  Mental Health Rights: Another Modest
           Proposal

30.  Psychiatrists are People Too: Who's Right
      and Who's Responsible?  A Rebuttal to
      Citizens' Commission on Human Rights
      Testimony State Legislative, 1978-79.

31.  Marvit, R. C.: A Good Neighbor Policy:
      Controlled Smoking Areas and Health
      Department Attitudes; Hawaii Medical
      Journal Vol. 39 No. 1, January 1980
      pp 7-10.

32.  Marvit, R.C.: Socio-Biological Origins of
      Rage: Hawaii Public Health Association
      Annual meeting, 1981.

33.  Marvit, R.C.: The Use of Case Register and
      the Assessment of Physical Morbidity and
      Mortality in Psychiatric Patients,
      Proceedings of the Fifth Annual National
      Users Group Conference, 1980. ISD Rockland
      Research Institute Orangeburg, N.Y.

34.  Marvit, R.C.: Made in Heaven: An Odyssey
      Into the Understanding of the Unaware.

35.  Marvit, R.C.: Physical Punishment in a Psychiatric Unit.

36.  Marvit, R.C.: The Origins of Human Bonds

37.  Marvit, R.C.: DVA View of Forensic Psychiatry

38.  Marvit, R.C.: The Disability Process: Pain

Robert C. Marvit, M.D. Curriculum Vitae
Page 11

and Suffering Without End

39. Marvit, R.C.: Management of Assaultive and
    Aggressive behavior
40. Marvit, R.C.: Legal Views of Suicide

41. Marvit, R.C.: Identity and the State of Intimacy

Monthly Essay for Hawaii Psychiatric Society
entitled "Forensic Flashes" on medical-legal
issues of importance to the practicing psychiatrist.

(a) "Brain Function Made Understandable"

(b) "Psychopathic Personality 1983
    Considerations"

(c) "Guilty But Mentally Ill - An Old
    Solution to an Old Problem"

(d) "What To Do When You Get A Subpoena"

(e) Assessment Methods In Brain Damage"

## Articles (Update 1987)

"CULPABILITY: WHO PAYS FOR WHAT"

"FUNCTIONAL OVERLAY"

"POWER"

"NEUROPSYCHIATRIC ASPECTS OF DISABILITY AND
REHABILITATION"
"JURY SELECTION"

"COMPENSATION: THE EFFECT ON MEDICAL/PSYCHIATRIC
DISORDERS"

Robert C. Marvit, M.D. Curriculum Vitae
Page 12

"NEBRASKA NEUROPSYCHOLOGICAL EVALUATION/INTERPRETATION"

"UNDERSTANDING THE NENE (NEBRASKA NEUROPSYCHOLOGICAL EVALUATION) BATTERY"

"REITAN BATTERY"

"TMS: TENSION MYOSITIS SYNDROME"

"OBESITY"

"HEAD INJURY IN CHILDREN"

"PAIN"

"FRONTAL LOBE FUNCTION"

"EYEWITNESS TESTIMONY"

"GUILT"

"MEDICAL MANAGEMENT"

"PRIVILEGED COMMUNICATIONS"
"GROUP THERAPY"

"DSM III"

"MONEY"

"MORALITY"

"ENCYCLOPEDIA OF PSYCHOLOGY (CORSINI)" APA, CYCLOTHYMIC, AND NON-CONFORMING PERSONALITY (THREE ARTICLES)

**Articles  (Update – January 1994)**

New Research:

"SONIC DRIVING"

Robert C. Marvit, M.D. Curriculum Vitae
Page 13

"MUSIC AND MENTAL PROCESSES"
"MALINGERING"

"BURN AND OTHER DISFIGUREMENT TRAUMA ADJUSTMENTS"

"BATTERED SPOUSE DEFENSE"

"EMDR - APPLICATIONS AND EFFECTIVENESS"

"ECOLOGICALLY ATTRIBUTED PSYCHIATRIC DISORDERS"

"DEMENTIA COMPETENCY"

## COMMITTEES AND ORGANIZATIONS:

1. Medical-Legal Committee - County Medical Society

2. Physicians Committee - County Medical Society

3. Workman's Compensation Committee - Hawaii Medical Association

4. Interim Chief State Alcohol and Drug Abuse Branch

5. Associate Editor Bulletin American Academy of Psychiatry and the Law.

6. Chief - Legal and Advocacy Hawaii State Department of Health

7. Consultant State Air Control Group for
Environmental Impact

8. Hospital Affiliations - Staff

   Kuakini Hospital
   Kapiolani Hospital
   Children's Medical Center

9. American College of Forensic Psychiatry

Robert C. Marvit, M.D. Curriculum Vitae
Page 14

    10.  Rehabilitation Hospital of the Pacific
             Active Staff
             Member Medical Executive Committee

    11.  Chair - American Psychiatric Association
             Committee on Emerging Issues

    12.  Chairman Medical Legal Committee Honolulu County
             Medical Association

**Additional Functional Activities:**

1. Musical Director Waikiki Swingers
2. Saxophonist Honolulu Jazz Trio
3. Lead Tenor Player Monday Night Band
4. Leader of Rabbi Jazz and the Neuroleptics
5. Delegate to Hawaii Medical Association Medical Legal Committee
6. Active member Hawaii Medical Association Committee on Physician's Health

**UPDATES: JANUARY 2000**

Hawaii Medical Association:
        Blue Ribbon Commission member
        Personnel Committee Chairman
        HMA Development Company Board member

Guest Artist: Rondalla Hawaii

CD:    Hawaiian Songs in Chinese (saxophone)

**ARTICLES:**

Areas: Daubert
           Workplace Violence
           Alcohol & Brain Function
           Delusional Disorders
           Carbon Dating Dementia
           Impact of Death

Robert C. Marvit, M.D. Curriculum Vitae
Page 15

      Suicide Assessment Prediction, Prevention, Liability
      PTSD and Legal Ramifications
      Children as Witnesses - Testimentary capacity
      Grief:  Family Grief
      Child Custody
      Traumatic Brain Injury & PTSD

## UPDATES: MARCH 2008

Current Professional Activities Include:
      Medical Treatment of Private Patients
      Retention by Governmental Agencies, Government Attorneys and Private Counsel for Expert
          Consulting and Testimony Capacity in Criminal Civil Cases and Probate.
Board of Governors Honolulu County Medical Association Member
Distinguished Life Fellow American Psychiatric Association
Hawaii Medical Association:
      HMA Development Company Board member
      Physicians Exchange Board Member

Participation in Medical Seminars and Conferences, the most recent presentation being made in Italy
in May 2007 on Brainwashing, Undue Influence and Persuasion.
Hui Maka'i Motorcycle Club
Advisory Consultant to Regulated Industries and Complaint Office (RICO)
Musical Director:  Dr. Jazz Quintet

# LISTING OF TRIALS AND DEPOSITIONS - 2008

| | | |
|---|---|---|
| 2-12-08 | **Gail Martin**<br>Gail Martin v. C. Brewer and Company, Ltd., et al.<br>Civil No. 03-1-0186 (Hilo)<br>Third Circuit Court | Trial in Hilo |
| 2-15-08 | **Larry Tenorio**<br>Tenorio, et al v. Weiser, et al<br>Civil No. 03-1-0316 (Hilo) | Deposition |
| 3-3-08 | **Briana Andrade**<br>Andrade v. Flores, et al<br>Civil No. 04-1-0430 (Hilo) | Trial in Hilo |
| 3-12-08 | **Francisco Abadilla, Jr.**<br>Abadilla v. Iwata, et al<br>Civil No. 07-1-0036 (Hilo) | Deposition |
| 3-26-08 | **Hamada, Toshio**<br>Hamada v. Hilton, et al<br>No. | Deposition |
| 4-15-08 | **Mattos, Helene**<br>Helene & Gordon Mattos v. Kaiser Foundation, et al<br>D.P.R. File No. 07-0512-M | Hearing |
| 4-17-08 | **Julie Enriques**<br>Julie Enriques v. State Farm Mutual Auto Insurance | Deposition |
| 5-29-08 | **Brian Engcabo**<br>Brian S. Engcabo v Matson Navitation Company<br>Case No. NC 050108 (California, Los Angeles County) | Deposition in Calif |

# LISTING OF TRIALS AND DEPOSITIONS - 2007

| | | |
|---|---|---|
| 1-18-07 | **Timothy Lowery**<br>Timothy Lowery v. Kathleen Frances Organ<br>Civil No. 03-1-1855-09 | Trial |
| 1-24-07 | **Tani   Family**<br>Tani Family v. Healy Tibbits Builders, Inc.; George Leota;<br>Plastic Pilings, Inc.; and DOE Defendants 1-100<br>Civil No. 04-1-0482-03 (VSM) | Trial |
| 2-27-07 | **Rupert, Sherry, as Prochein Ami of Oliviera, Misty**<br>Rupert v. Wiki Wiki Mart, et al.<br>Civil No. 05-1-0221 (Hilo)<br>Third Circuit Court | Deposition |
| 3-15-07 | **Mullen, Thomas**<br>Mullen, Thomas and LaVasseur, Anne v. Gary A Smith, M.D.<br>and Hawaii Emergency Physicians Associated, Inc.<br>Civil No 02-1-0089 (Hilo) | Deposition |
| 5-10-07 | **Tevaseu, Fatufua**<br>Tevaseu, et al. v. Sanekane, et al.<br>Civil No. 02-1-0291 | Deposition |
| 5-16-07 | **Robello, Rodney**<br>DLIR-DCD, Honolulu Office | Hearing |
| 6-6-07 | **Patterson, Ariana** | Deposition |
| 6-7-07 | **Mullen, Thomas**<br>Mullen, Thomas and LaVasseur, Anne v. Gary A Smith, M.D.<br>and Hawaii Emergency Physicians Associated, Inc.<br>Civil No 02-1-0089 (Hilo) | Trial |
| 10-2-07 | **Evans, Jeanette**<br>Evans v. Czar<br>Civil No. 06-1-0108 (1)<br>Second Circuit Court | Deposition |
| 10-3-07 | **Tsue, Stanley**<br>Case No 27825703<br>DLIR-DCD, Honolulu Office | Hearing |

11-29-07     **In the Matter of the Jack Wong Yuen and**          Deposition
             **Lei Young Yuen Revocable Living Trust**
             **Dated April 22, 1996**
             T. No. 06-1-0019, T. No. 07-1-0001 and T. No. 07-1-0003

12-19-07     **Waddingham, Mark**                        Arbitration Hearing
             Waddingham v. Brown, et al.
             Civil No. 05-1-0977-06 (VSM)

# LISTING OF TRIALS AND DEPOSITIONS - 2006

1-14-06    **COLOYAN, OFELIA**                    Deposition
           Coloyan, et al v. William P. Badua
           Civil No. CV03-476

4-27-06    **Toyama v. Kashiwabara**              Deposition
           Civil No. 04-1-0094

10-12-06   **Lerner, Elaine**                     Deposition
           Elaine C. Lerner, et al v. Claribel Chan
           Civil No. 03-1-1812-09 (BIA)

10-19-06   **Andrade, Briana**                    Deposition
           Andrade v. Flores, et al
           Civil No. 04-1-0430 (Hilo)

11-1-06    **Northrup-Castle, Dorian**            Deposition
           Castle v. Castle et al.
           Will Contest

11-13-06   **Toyama v. Kashiwabara**              Trial
           Civil No. 04-1-0094

# LISTING OF TRIALS AND DEPOSITIONS – 2005

2-16-05    **Estioko, Paulyn**                               Trial
           Estioko, et al. v. County of Hawaii, et al.
           Civil No. 02-1-307 (Hilo)

2-16-05    **Quiocho, Eleanor**                              Trial
           Civil No. 02-1-0306 (Hilo)

3-3-05     **Kanei, Kristine**                               Deposition
           Kanei, et al. v. The Daiei (USA) Inc.
           Civil No. 03-1-2258-11 (KA)

3-8-05     **Gonzales, James**                               Deposition
           Gonzales v. Liberty Mutual Fire Insurance Co, et al.
           Civil No. 02-1-0291
           Circuit Court of the Third Circuit

3-17-05    **Jenkins, Margaret R.**                          Hearing
           Guardianship of the Property of Margaret Rennert Jenkins
           G. No. 04-1-0016 (3)
           Circuit Court of the Second Circuit

5-5-05     **Udac, Dason**                                   Deposition
           Udac v. Takata Corporation
           Civil No. 02-1-0260 (Hilo)

6-24-05    **French, Carol W.**                              Hearing
           Matter of Guardianship of C. W. French
           FC-G No. 02-01-0021  (Hilo)

7-7-05     **Schaeffers, Allison**                           Deposition
           Allison R. Schaefers v. Hunt Building Co. et al.
           Case No. CV04 00266 ACK LEK
           Civil No. 03-1-2429-12

7-13-05      **Cook, Casey**                              Deposition
             Cook v. Foodland Super Market, et al.
             Civil No. 01-1- 1790-06 (VSM)
             First Circuit Cout

7-28-05      **Baker, Donett M.**                         Deposition
             Baker v. Totally Titanium Hawaii dba Déjà vu Showgirls, et al.
             Civil No. 03-1-0871-04 (VSM)

8-11-05 and
8-18-05      **Pavao, Brysen**                            Deposition
             Alexandria Pavao Next Friend of Brysen Pavao, a Minor v. Heide &
             Cooke, Ltd. and Dennis Lendt
             Arb: Civil No 01-1-1714-16 (DDD)

9-22-05      **Wise, Tracy (aka Tracy Higuchi)**          Hearing
             Tracy Wise v. Puna Plantation Hawaii dba KTA Super Stores
             Civil case no. 0-3-1-0235 (Third)

10-7-2005    **Jane Mother trial v. State of Hawaii**     Hearing
             Civil case no. 00-00446 DAE/LEK

10-25-2005   **Limehai v. City and County Honolulu**      Deposition
             Civil No. 02-1-0993-04 (VSM)

11-23-2005   **Benjamin Pulawa, et al. v. GTE Hawaiian**  Hearing
             Tel, E.E. Black, et al.;
             Civil No. 98-3683-08 (DDD)

12-13-2005   **Twee T. Nguyen v. David John M.D INC**     Deposition
             Civil No. 04-1-0279-02

## LISTING OF TRIALS AND DEPOSITIONS – 2004

| | | |
|---|---|---|
| 2/3/04 | **AWAI-TAVARES, CODY**<br>**(mother:  LYNN AWAI-TAVARES)**<br>Awai-Tavares v. State of Hawaii et. al.<br>Civil No. 99-0778(2)<br>Circuit Court of the Second Circuit | Trial |
| 2/26/04 | **MILLER, ISU SUE**<br>Isu Sue Miller v. Full Spectrum Lending Inc., et. al.<br>Civil No. CV02-00812 (ACK) (BMK)<br>District Court of Hawaii | Deposition |
| 3-23-04 | **RODRIGUES, BENJAMIN III**<br>v. Island Insurance Company, Ltd. | UIM Arbitration |
| 4-8-04 | **PULAWA, BENJAMIN**<br>Pulawa v. GTE Hawaiian Tel<br>Civil No. 98-3683-08 (DDD)<br>Circuit Court of the First Circuit | Deposition |
| 5-06-04 | **MESCO, RICHARD H. – D.O.**<br>RICO Case No. OST 2001-1-l | Hearing |
| 5-14-04 | **JIMENEZ, THOMAS –DR.**<br>Jimenez v. The Guardian Life Insurance Company of America<br>Civil No. 03-00436 DAE/LEK | Deposition |
| 6-8-04 | **JOHN DOE, ET AL. v. STATE OF HAWAII**<br>Civil No. 00-00044 (ACK-KSC)<br>(KAUJU000) | Trial |
| 6-10-04 | **PUNI, LOGAN**<br>Puni v. Oaks International Co., Ltd. et al.<br>Civil No. 03-1-1024-05 GWBC | Deposition |

| | | |
|---|---|---|
| 6-15-04 | **NISHIMOTO, MIKE**<br>Nishimoto v. Robert's Hawaii School Bus, Inc.<br>Civil No. 03-1-0258-02<br>First Circuit Court, State of Hawaii | Deposition |
| 7-21-04 | **PULAWA, BENJAMIN III**<br>D/A 8/20/96; DCD No. 2-96-12947 | Hearing |
| 7-21-04 | **ENOS, NORMAN P.**<br>D/A 5/12/99; DCD No. 2-99-06954<br>DLIR Appeals Board Casae No AB 2002-322D | Hearing |
| 8-31-04 | **CASTANEDA, NORMA JEAN** | Hearing |
| 10-19-04 | **BOHANNON, ALICIA A.**<br>Bohannon v. City et al<br>Civil No. 01-1-2094-07 (VSM) | Trial |
| 10-19-04 | **UYESUGI, BYRAN**<br>Uyesugi Related Civil Cases<br>02-1-XCM (EEH) --  Civil Nos:<br>00-1-3430<br>00-1-3420<br>01-1-2023<br>01-1-3175<br>01-1-3176<br>01-1-3192<br>01-1-3177<br>01-1-3183 | Deposition |
| 10-25-04 | **FULLMER, SHIRLEY**<br>Fullmer v. Manuia<br>Civil No. 03-1-2132-10 (SSM) | Deposition |
| 11-18-04 | **UYESUGI, BYRAN**<br>Uyesugi Related Cases<br>(Same as listed 10-19-04) | Deposition |

12-15-04    **MIYAMOTO, EARL**                    Deposition
           Miyamoto v. Hawaiian Electric Co., Inc.
           Civil No. 02-1-1329-05 (EEH)

# LISTING OF TRIALS AND DEPOSITIONS – 2003

2/11/03    **AWAI-TAVARES, CODY**                    Deposition
           (Awai-Tavares v. State of Hawaii, DOE)
           Civil No. 99-0778(2)
           Circuit Court of the Second Circuit

2/13/03    **STOTHERS, MALIA**                       Arbitration
           (Malia Stothers v. State Farm Mutual
            Automobile Insurance Company)

2/24/03    **O'CONNOR, ERIN**                        Deposition
           (Erin O'Connor, Jerrry & Renee O'Connor
           v. Hawaii Radiologic Associates, Ltd. et al)
           Civil No. 01-1-0146K Medical Malpractice)
           Kona, Hawaii

4/22/03    **RAMIREZ, ALEXANDRA**                    Deposition
           (Patricia Sherwood, et al. v. Williams & Associates, Inc.)
           Circuit Court of the First Circuit
           Civil Nos: 00-1-3517-11 and 01-1-1253-04 (SSM)

4/23/03    **BURNS, MITCHELL**                       Deposition
           (Mitchell S. Burns v. Paul Revere Life Insurance
           Company, et al.
           U. S. District Court Civil No. 00-00804 SOM/BMK)

5/19/03    **MARTINEZ, DANIEL**                      Trial
           (Martinez, Daniel v. Linda Marie Karr
           Family Court, Third Circuit – FC-D No. 00-1-0168)

5/22/03    **STRAUSER, WILLIAM**                     Deposition
           (Strauser et al v. Lowe's Companies
            Civil No. 01-00726 SOM KSC)

6-24-03    **MATSUURA, SHAWN**                       Deposition
           (FKA SHAWN BAKER)
           Matsuura v. Rachel Frank, DOE Corporations,
           DOE Partnerships, John and Jane Does

CIVIL NO. 02-1-000378-02 (GWBC)

8-6-03      **HEIZER, REBECCA**                    Deposition
            (Heizer v. Hilton Hawaiian Village Joint Venture et al)
            CIVIL NO. 98-4223-09 (GCN)
            First Circuit Court

9-11-03     **JUSTICE, KORENA R.**                 Trial
            (aka Korena R. Kukahiwa)
            Kilohana Resident Council v. Conchita Somera
            And Korena R. Justice
            CIVIL NO. IRC02-1-8802

9-19-03     **STARLEY, CHRISTIE**                  Trial
            FC-CR01-1945

9-29-03     **CHRISMAN, PHOEBE**                   Arbitration hearing
            Phoebe Chrisman v. Edward Simer
            CIVIL NO. 02-2-2232-04

10-2-03     **LEWIS, MARITA**                      Trial
            Marita Lewis et al v. State of Hawaii
            CIVIL NO. 02-1-0257(1)
            Second Circuit Court

10-16-03    **McMURTRAY, ARLENE**                  CAAP Hearing
            Arlene McMurtray v. Billy Alavao Tunoa et al
            CIVIL NO. 03-1-0242-01 (RWP)

10-23-03    **ROBELLO, RODNEY R.**                 DCD Hearing
            Claim No. HEM-0003276
            Case No. 20016336

12-11-03    **RODRIGUES III, BENJAMIN**            Deposition
            Benjamin Rodrigues III v. Island Insurance Co.

12-16-03    **M.R. a minor, et al. v. ABUNDANT**   Arbitration Hearing
            **LIVING IN VICTORIOUS ENCOUNTERS, INC.**
            Civil No. 02-1-0214K (Kona, Hawaii)

# LISTING OF TRIALS AND DEPOSITIONS – 2002

1/24/02 **OSURMAN, STEPHANIE**            Deposition
(Jane Doe v. State of Hawaii, DOE)
Civil no. 00-1-2430-08 SM
First Circuit Court

3/21/02 **ADAMS, BARTON**                 Deposition
(Adams v. State of Hawaii et. al.)
Civil No. 95-0960
Second Circuit Court

5/13/02 **SAYDAH, FERRIS M.**             Trial
(Joan Maria Gagliardi, fka Joan Maria Sayday
     v. Ferris M. Saydah)
FC-UCCJ No. 99-7
Family Court Third Circuit

6/20/02 **PUTENI, SULIFA**               Deposition
(Sulifa Puteni v. Maui Land and Pineapple)
Case No: 99-0772 (1)
Second Circuit Court

8/23/02 **HASHIMOTO, AARON**         Arbitration Hearing

8/28/02 **HIRUKAWA, YASUYUKI**          Deposition
(Nobuyoshi Hirukawa and Michiko Hirukawa
 v. Altrnative Structures International, dba
Kahumana Community Center)
Civil No. 99-3944-10 (EEH)
First Circuit Court

9/3/02 **WILEY, DAVID**                  Deposition
(As Special Administrator of Estate of
Lorrie-Ann Wiley and for Kayla M. Wiley
a minor; and Lorenza V. Macanas)
Civil No. 01-1-1916-06 (SSM)
First Circuit Court

| | | |
|---|---|---|
| 9/23/02 | **ZYGUTIS, PATRICIA** | Arbitration Hearing |

10/3/02    **YOUNG, TORREY A.**                     Deposition
           **(aka HUFANA, TORREY)**
           (Torrey A. Young v. Security Specialists & Guard
             Services, Inc., et al.)
           Civil No. 01-1-0307-01 (DDD)
           First Circuit Court

10/10/02   **KAMAKANA, KENNETH**                    Deposition
           (Kenneth Kamakana v. City & County of
           Honolulu Police Department, Lee Donohue, Milton Olmos, -- and
           various John/Jane Does and Governmental Agencies/Entities)
           Civil No. CV 00-00729 SOM/LEK
           District Court for District of Hawaii

10/20/02   **BURNS, MITCHELL**                      Deposition
           (M. Burns v. Paul Revere Life Insurance Company)
           Case No. 00-00804 SOM/BMK
           U.S. District Court – Hawaii

11/07/02   **TOGUCHI, KEANE**                       Deposition
           (Toguchi v. Paderes, et al)
           Civil No. 00-00763
           U.S. District Court – Hawaii

12/9/02    **ADAMS, BARTON**                        Trial
           (Adams v. State of Hawaii et al)
           Civil No., 95-0960
           Second Circuit Court

12/30/02   **FAUMUINA, DON**                        Deposition
           (Faumuina/Asuao, et al. v. Ted C. T. Li and
           Patricia H. Y. Li, et al.)

**ROBERT C. MARVIT, M.D.**
1314 S. KING STREET, SUITE 862
HONOLULU, HAWAII  96814
Telephone:  (808) 591-2420
Fax:          (808) 591-2423

## REVISED FEE SCHEDULE
### 7/10/2007

| | |
|---|---|
| **Start/Open File** | $350 |
| **Medical Therapy - 90807   45-50 min.** | 180 |
| **Medical Therapy - 90807   45-50 min (WC/NF)** | 155 |
| **Medical Therapy - 90805   25-30 min** | 100 |
| **Complex Medical Evaluation** | 750 |
| **Neuropsychological Testing** | 750 |
| **Brain Function Testing** | 1,400 |
| **Reports (Dependent on length of reports)** | 100-400 |
| **Record Reviews (Dependent on volume of records)** | 100-400 |
| **Trial – ½ day** | 1,500 |
| **Trial – full day** | 3,000 |
| **Deposition   -  2 hours** | 750 |
|          **additional hour** | 350 |
| **No Show/Late Cancellation of CME** | 450 |
| **Medical Conference per hour** | 200 per hr. |