Daryl Fujii

Daryl E. M. Fujii Ph.D.
Board Certified in Clinical Neuropsychology
American Board of Professional Psychology
Fellow, American Psychological Association

Veterans Affairs
Pacific Island Health Care Services
Center for Aging
459 Patterson Road
Honolulu, Hawaii 96814
(808) 433-0218
home (808) 261-9061
e-mail  fujiis006@hawaii.rr.com
daryl.fujii@va.gov

## Advanced Credentials:

2006    American Psychological Association
            Elected to Fellow Status
            Nominating Division 40, Neuropsychology

1999    Diplomate in Clinical Neuropsychology
            American Board of Professional Psychology #5244

## Education/Licensing:

1992    State of Hawaii License in Psychology #479

1991    University of Wyoming
            Ph.D. in Clinical Psychology

1988    University of Wyoming
            M.A. in Clinical Psychology

1985    University of Hawaii
            B.A. in Psychology, High Honor Graduate

Daryl Fujii

## Formal Clinical/Research Training:

1997        American Association of Geriatric Psychiatry
            Summer Research Institute Participant,
            Los Angeles, California

1991-1992 Rehabilitation Hospital of the Pacific
            Postdoctoral Fellow

1989-1990 Sepulveda Veterans Administration Medical Center
            Predoctoral Internship

## Work Experiences:

2008-Pres   Veterans Affairs, Pacific Island Health Care Services-Center for
            Aging
            Staff Psychologist

2007—2008   University of Hawaii Social Science Research Institute
            (SSRI)
            Mental Health Services Research Evaluation and
            Training (MHSRET) Associate Specialist

2003-Pres   Hawaii Forensic Associates LLC
            Private Practice (consulted nationally: New York 2005;
            and internationally; Sydney, Australia 2006)

1992- 2007  Hawaii State Hospital, Clinical Psychology Services Unit
            Clinical Neuropsychologist, Acting Chief (1997),
            Department of Psychology (2001), Assessment
            Coordinator (2001), Chair, Cultural Task Force (2003)

1994-Pres   Rehabilitation Hospital of the Pacific
            On-call Staff Neuropsychologist

1990-1991 Sepulveda Veterans Administration Medical Center
            Research Assistant

## Other University Affiliations:

1996-2007 John Burns School of Medicine, Department of

Daryl Fujii

Psychiatry, Adjunct Associate Professor

1994-2007 University of Hawaii, Department of Psychology
   Clinical Affiliate, Clinical Studies Program
   Lecturer

Original Research Articles:

Jacobs, E., Fujii, D. Schiffman, J. & Bello, I. (2008) An exploratory analysis of neurocognition in methamphetamine-induced psychotic disorder and paranoid schizophrenia. Cognitive and Behavioral Neurology, 21, 98-103.

Fujii, D. Tokioka, A. Lichton, A., & Hishinuma, E. (2005). Ethnic differences in violence risk prediction of psychiatric inpatients using the Historical Clinical Risk Management-20. Psychiatric Services, 56, 711-716.

Fujii, D. E., Ahmed, I., Hishinuma, E. (2004). A neuropsychological comparison of psychotic disorder following traumatic brain injury, traumatic brain injury without psychotic disorder, and schizophrenia. Journal of Neuropsychiatry and Clinical Neurosciences, 16, 306-314.

Fujii, D. E., Wylie, A. M., & Nathan, J. H. (2004). Neurocognition and long-term prediction of quality of life in outpatients with severe and persistent mental illness. Schizophrenia Research, 69, 67-73.

Fujii. D. E., Hishinuma, E., Masaki, K., Petrovitch, H., Ross, G. W., & White, L. (2003). Dementia screening: Can a second administration reduce the number of false positives? American Journal of Geriatric Psychiatry, 11, 462-465.

Fujii, D. E., & Wylie, A. M. (2003). Neurocognition and community outcome in schizophrenia: Long-term predictive validity. Schizophrenia Research, 59, 219-223.

Takeshita, J., Masaki, K., Ahmed, I., Foley, D. J., Qing Li, Y., Chen, R., Fujii, D., Ross, G. W., Petrovitch, H., & White, L. (2002). Are depressive symptoms a risk factor for mortality in elderly Japanese-American men?: The Honolulu-Asia aging study. American Journal of Psychiatry, 159, 1127-1132.

Daryl Fujii

Fujii, D. E. (2002). Risk factors for treatment-resistant methamphetamine psychosis. Journal of Neuropsychiatry and Clinical Neurosciences, 14, 239-240.

Fujii, D. E., & Ahmed, I. (2002). Characteristics of psychotic disorder due to traumatic brain injury: An analysis of case studies in the literature. Journal of Neuropsychiatry and Clinical Neurosciences, 14, 130-140.

Baker, F. M., Hishinuma, E., & Fujii, D. E. (2002). Association between reported education and intellectual functioning in an ethnically diverse adult psychiatric inpatient sample. Journal of the National Medical Association, 94, 47-53.

Fujii, D. E., & Ahmed, I. (2001). Risk factors for psychosis secondary to traumatic brain injury. Journal of Neuropsychiatry and Clinical Neurosciences, 13, 61-69.

Fujii, D. E., Lloyd, H., & Miyamoto, K. (2000). The salience of visuospatial and organizational skills in reproducing the Rey-Osterreith complex figure in subjects with high and low IQs. Clinical Neuropsychologist, 14, 551-554.

Fujii, D. E., Ahmed, I., & Takeshita, J. (1999). Neuropsychological implications in erotomania: Two case studies. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 12, 110-116.

Fujii, D. E., Ahmed, I., Jokumsen, M., & Compton, M. (1997). The effects of clozapine on the cognitive functioning in treatment resistant schizophrenics. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 240-245.

Fujii, D. E. (1996). Kolb's learning styles and potential cognitive remediations of brain injured individuals: An exploratory factor analytic study involving undergraduates. Professional Psychology: Research & Practice, 27, 266-271.

Fujii, D. E., & Ahmed, I. (1996). Psychosis secondary to traumatic brain injury. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 9, 133-138.

Fujii, D. E., Hanes, S. S., & Kokuni, Y. (1996). Family intervention in the rehabilitation and community reintegration of individuals with brain injury. Journal of Cognitive Rehabilitation, 15(2), 6-10.

Daryl Fujii

### Conceptual/Practitioner papers:

Fujii, D. E., & Wong, T. M. (2005). Neuropsychological assessment with Asian-American immigrants: Recommendations for meeting Daubert standards. Journal of Forensic Neuropsychology, 4(4), 3-31.

Fujii, D., & Ahmed, I. (2004). A neurobiological model of psychosis. Canadian Journal of Psychiatry, 49, 713-718.

Wong, T. M. & Fujii, D. E. (2004). Neuropsychological assessment with Asian-Americans: Demographic factors, cultural diversity, and practical guidelines. Applied Neuropsychology, 11, 23-36.

Fujii, D. E., & Ahmed, I. (2002). Psychotic disorder following traumatic brain injury: A conceptual framework. Cognitive Neuropsychiatry, 7, 41-62.

### Edited Books/Book Chapters:

Fujii, D. (Ed.) (in preparation). Asian Neuropsychology. New York: Psychology Press.

Marcopulos, B. A., Fujii, D., O'Grady, J., Shaver, G., & Manly, J. (2008). Providing neuropsychological services for persons with schizophrenia: A review of the literature and prescription for practice. In J. Morgan & J. Ricker (Eds.), Textbook of clinical neuropsychology. London: Psychology Press, (243-271).

Fujii, D., & Ahmed, I. (Eds.) (2007). The spectrum of psychotic disorders: Neurobiology, etiology & pathogenesis. Cambridge, United Kingdom: Cambridge University Publishers.

Fujii, D., & Ahmed, I. (2007). Introduction: Is psychosis a neurobiological syndrome? In D. Fujii & I. Ahmed (Eds.), The spectrum of psychotic disorders: Neurobiology, etiology & pathogenesis. Cambridge, United Kingdom: Cambridge University Publishers, (pp. 3-12).

Fujii, D., & Ahmed, I. (2007). Is psychosis a neurobiological syndrome? integration and conclusions. In D. Fujii & I. Ahmed (Eds.), The spectrum of psychotic disorders: Neurobiology, etiology & pathogenesis. Cambridge, United Kingdom: Cambridge University

Daryl Fujii

Publishers, (pp. 535-555).

Fujii, D., Armstrong, N, & Ahmed, I. (2007). Psychosis secondary to traumatic brain injury. In D. Fujii & I. Ahmed (Eds.), <u>The spectrum of psychotic disorders: Neurobiology, etiology & pathogenesis</u>. Cambridge, United Kingdom: Cambridge University Publishers (pp. 249-261).

Fujii, D. & Sakai, E. (2007). Psychosis secondary to cocaine abuse. In D. Fujii & I. Ahmed (Eds.), <u>The spectrum of psychotic disorders: Neurobiology, etiology & pathogenesis.</u> Cambridge, United Kingdom: Cambridge University Publishers, (pp. 382-391).

Fujii, D. E. (2005). Psychotic disorder due to traumatic brain injury: Review of the literature and clinical implications. In J. E. Pletson (Ed.), <u>Progress in schizophrenia research</u>. New York: Nova Science Publishers, (pp. 77-96).

<u>Invited Papers:</u>

Fujii, D. (2006). Multicultural activities at AACN/ABCN. <u>The Specialist, 25(2),</u> 10,16-17.

Fujii, D., Umetsu, D., Schwartz, T., & Hostetter, G. (2002). Cultural sensitive strategies for practicing neuropsychology in Hawaii. <u>INSNET, 10(4),</u> 1-2.

Fujii, D. E. (2002). Neuropsychiatry of psychosis secondary to traumatic brain injury. <u>Psychiatric Times, 19(8),</u> 33-35.

Fujii, D. E., & Ahmed, I. (2001). Risk factors for psychosis secondary to traumatic brain injury (response letter to Dr. Sachdev). <u>Journal of Neuropsychiatry and Clinical Neurosciences. 13</u>, 534.

Fujii, D. E. (2001). Novel organization of working memory theories [Review of the book *Models of working memory: Mechanisms of active maintenance and executive control*]. <u>Journal of the International Neuropsychological Society, 7</u>, 532-533.

Fujii, D. E. (1998). The neuropsychology department at Hawaii State Hospital. <u>Hawaii Medical Journal, 57</u>, 624, 636.

Ahmed, I., & Fujii, D. (1998). Posttraumatic psychosis. <u>Seminars in Clinical</u>

Daryl Fujii

<u>Neuropsychiatry, 3</u>, 23-33.

## Published Abstracts:

Fujii, D., Ahmed, I., & Hishinuma, E. (2003). A comparison of neuropsychological functioning in psychotic disorder following traumatic brain injury, traumatic brain injury without psychosis, and schizophrenia. <u>Journal of Neuropsychiatry and Clinical Neurosciences, 15</u>, 274.

Fujii, D., Wylie, A. M., & Nathan, J. (2003). Neurocognition and long-term prediction of quality of life in schizophrenia. <u>Journal of Neuropsychiatry and Clinical Neurosciences, 15,</u> 277-278.

Fujii, D., Likewise, R., Iguchi, L. (2003). A comparison of WCST and WCST64 scores in a schizophrenic sample. <u>Journal of the International Neuropsychological Society, 9,</u> 168-169.

Tsunemoto, M., Fujii, D. E., & Wylie, A. M. (2003). Cultural differences in predicting WAIS-III IQ in schizophrenia. <u>Journal of the International Neuropsychological Society, 9,</u> 146.

Takeshita, J., Masaki, K., Ahmed, I., Chen, R., Fujii, D., Rodriguez, B., & Curb, D. (2000). Diabetes mellitus is not associated with depressive symptoms in elderly Japanese-American men: The Honolulu heart program. <u>Psychosomatic Medicine, 61(1)</u>, 100.

Fujii, D.E., Lloyd, H., & Miyamoto, K. (1999). The salience of visuospatial and organizational skills in reproducing the Rey-Osterreith complex figure in subjects with high and low IQs. <u>Archives of Clinical Neuropsychology, 14</u>, 719.

Takeshita, J., Masaki, K., Ahmed, I., Foley, D., Li, Y. Q., Fujii, D., Ross, G. W., Petrovitch, H., & White, L. (1999). The constancy of depressive symptoms and hope in elderly Japanese-American men: The Honolulu-Asia aging study. <u>International Psychogeriatrics, suppl 1</u>, 133.

Fujii, D. E., White, L., Ross, G. W., Masaki, K., Petrovitch, H., & Blanchette, P. (1998). A comparison of the clock drawing test and mini-mental status examination in screening for dementia in older Japanese-American males in Hawaii. <u>Journal of Neuropsychiatry and Clinical Neurosciences, 9</u>, 672.

Daryl Fujii

Ahmed, I., & Fujii, D. (1998). Association on post-traumatic delusions with hemispheric localization of brain injury. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 636.

Fujii, D., Slay, J., Morse, H., De Viva, J., Sykora, C., & Chan, D. (1998). Exceeding working memory capacity: Can frontal lobe-type memory deficits be induced in normal college students? Journal of the International Neuropsychological Society, 4, 65

Friel, J., Fujii, D. E., & Anderson, R. (1996). Constructional strategy and visual encoding operations of the Rey-Osterreith complex figure: Evaluation of three organizational scoring systems. Archives of Clinical Neuropsychology, 14, 719.

Fujii, D. E. (1992). The clock drawing test as a screening measure for Dementia of the Alzheimer's type: Development and validation of a theoretically based scoring criteria. Dissertation Abstracts International, 53(4B), 2059.

Refereed Conference Proceedings (non abstract):

Fujii, D. (2008). Neuropsychological practices in several Asian countries. Symposium accepted for presentation at the 36th annual meeting of the International Neuropsychological Society: Waikoloa, Hawaii February 6-9, 2008.

Fujii, D., Tokioka, A., & Lichton, A. (2004). Cultural effects on violence risk assessment. Paper presentation for the 112th annual meeting of the American Psychological Association: Honolulu, Hawaii.

Fujii, D., Lichton, A., & Tokioka, A. (2004). The accuracy of structured professional judgment in violence risk assessment. Paper presentation
for the 112th annual meeting of the American Psychological Association:
Honolulu, Hawaii.

Takeshita, J., Masaki, K., Ahmed, I., Foley, D., Li, Y. Q., Fujii, D., Ross, G. W., Petrovitch, H., & White, L. (1998). Depressive symptomatology is a risk factor for mortality in elderly Japanese-American men: The Honolulu-Asia Study. Paper presented at the meeting of the 151 annual meeting of the American Psychiatric Association: Toronto,

Daryl Fujii

Canada.

Fujii, D., Lichton, A., & Tokioka, A. (2003). Violence Risk Assessment with the HCR-20. Poster presented at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Fujii, D., Mueller, C., Jacobs, L., & Lukens. C. (2003). Neurocognitive predictors of fitness to stand trial in and SPMI sample. Poster presented at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Tsunemoto, M., Fujii, D. E., & Wylie, A. M. (2001). Cultural differences in predicting WAIS-III IQ. Poster presented at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Takeshita, J., Fujii, D., & Ahmed, I. (1998). The influence of ethnicity on admission/discharge for a geriatric inpatient unit. Poster presented at the 12th annual meeting of the American Association of Geriatric Psychiatry: San Diego, California.

Ahmed, I., & Fujii, D. (1998). Association on post-traumatic delusions with hemispheric localization of brain injury. Poster presented at the 10th annual meeting of the American Neuropsychiatric Association: Honolulu, Hawaii.

Fujii, D. E. (1996). Caveats in performing cross cultural assessment and therapy. In F. Inouye (Chair) Cross cultural assessment and psychotherapy. Symposium conducted at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Fujii, D. E., & Ohashi, N. (1995). Traumatic brain injury and secondary psychosis. Paper presented at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Fujii, D. E., Hanes, S., & Kokuni, Y. (1995). Community reintegration of patients with traumatic brain injury: Two case studies. Paper presented at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Fujii, D. E., Tokuda, S., & Miyasato, L. (1995). Specific interventions with Frontal lobe patients: Two case studies. Paper presented at the Hawaii Psychological Association Annual Meeting: Honolulu, Hawaii.

Fujii, D. E. (1988). Loneliness and love. Paper presented at the Wyoming

Daryl Fujii

Psychological Association Annual Meeting: Cheyenne, Wyoming.

Shizuru, L., Fujii, D. E., & Sullivan, B. (1985). <u>Love, sex, and culture.</u>
Paper presented at the Western Regional Conference for the Society for the Scientific Study of Sex: Palm Springs, California.


Online Documents:

Fujii, D. (in press). Demonstrating multicultural competence in the ABPP Examination. In R. L. Mapou (Ed.). <u>American Academy of Clinical Neuropsychology Study Guide for Board Certification in Clinical Neuropsychology.</u> From the American Academy of Clinical Neuropsychology Web site: <u>http://www.theAACN.org</u>

Fujii, D., Artiola i Fortuny, L., & Norman, M. (2007). Multicultural references. Retrieved May 1, 2007, from the American Academy of Clinical Neuropsychology Web site: <u>http://www.theAACN.org</u>

Fujii, D. (2004). Culture and psychiatric illness. Hawaii Adult Mental Health Division website. http://www.hsh.health.state.hi.us/CulturalInformation/index.asp


Invited Presentations:

Fujii, D. E. (2007). <u>The Contribution of Neuropsychology in Conceptualizing Psychiatric Diagnosing Dilemmas.</u> Paper presentation at the Perspectives on Clinical Neuropsychology Conference: Singapore. December 7, 2007.

Fujii, D. E. (2005). <u>Psychotic Disorder Due to Traumatic Brain Injury.</u> Paper presented at the Brain Injury Association of Colorado Annual Conference: Vail, Colorado. October 2005.


Technical Reports:

Mental Health Transformation State Incentive Grant Evaluation Team. (2008).
State of Hawaii Needs Assessment Resource Inventory.

Mental Health Transformation State Incentive Grant Evaluation Team. (2007).

10

Daryl Fujii

    Results for the Mental Health Transformation State Incentive Grant: kickoff meeting evaluation survey. Technical Report No. 070731.

Mental Health Transformation State Incentive Grant Evaluation Team. (2007).
    Results for the Mental Health Transformation State Incentive Grant: kickoff meeting. Technical Report No. 070912.

Mental Health Transformation State Incentive Grant Evaluation Team. (2007).
    Priority areas identified at the Mental Health Transformation State Incentive Grant: Kauai county town hall meetings. Technical Report No. 071120

Mental Health Transformation State Incentive Grant Evaluation Team. (2007).
    Priority areas identified at the Mental Health Transformation State Incentive Grant: Maui county town hall meetings. Technical Report No. 071130

Mental Health Transformation State Incentive Grant Evaluation Team. (2007).
    Priority areas identified at the Mental Health Transformation State Incentive Grant: Hawaii county town hall meetings. Technical Report No. 071210

Mental Health Transformation State Incentive Grant Evaluation Team. (2007).
    Priority areas identified at the Mental Health Transformation State Incentive Grant: Rural Oahu and NAMI town hall meetings. Technical Report No. 071214

### Grants:

2004    American Psychological Association: Commission on Ethnic Minority Recruitment, Retention, and Training in Psychology (CEMRRAT)

### Other Scholarly Activities:

2008    Challenges in the Neuropsychological Assessment of Ethnic Minorities: A Problem Solving Summit. February 5, 2008.

Daryl Fujii

        Waikoloa, Hawaii.
           Invited Participant

2005    International Neuropsychological Association Conference 2006
        Program Committee Member

2005    American Academy of Clinical Neuropsychology
        Cultural-Self Study Coordinator

2002    American Psychological Association, Division 40
        Ethnic Minority Affairs Steering Committee (2005)
        Coordinator of ABPP Mentor Program (2004)

2002    International Neuropsychological Society
        International Liaison Committee Listserv
        Member (2003)
        INS Conference Program Committee Member (2005)

2000-2001 Hawaii Psychological Association Diversity Task Force
        Member

Journal Reviewing:

2008    The Clinical Neuropsychologist
        Ad Hoc Reviewer

2008    Journal of Clinical and Experimental Neuropsychology
        Ad Hoc Reviewer

1999-2007 Journal of Neuropsychiatry and Clinical Neurosciences
        Ad Hoc Reviewer

2006-2008 Schizophrenia Research
        Ad Hoc Reviewer

2006    Psychiatry Research
        Cultural Diversity and Ethnic Minority Psychology
        American Journal of Geriatric Psychiatry
        Current Psychiatry Reviews
        Ad Hoc Reviewer

Daryl Fujii

| | |
|---|---|
| 2005 | Archives of Clinical Neuropsychology<br>Psychosomatics<br>    Ad Hoc Reviewer |
| 2004 | Medical Science Monitor<br>    Reviewer |
| 2003 | Alzheimer's Association<br>    Ad Hoc Grant Reviewer |
| 2002 | Archives of General Psychiatry<br>American Journal of Geriatric Psychiatry<br>    Ad Hoc Reviewer |

Program Evaluation:

2007-2008 Mental Health Transformation State Incentive Grant
    Senior Evaluation Specialist

2001-2004 Hawaii State Hospital
    Violence Risk Assessment Accuracy
    Staff and Patient Satisfaction Surveys (2002-2004)
    JCAHO Study of Nursing Indicators

1999     Adult Mental Health Division
    Needs Assessment Evaluator

Teaching Experiences:

1999-2003     University of Hawaii, Department of Psychology
    Lecturer; Neuropsychology,
    Introduction to Assessment 671 & 672

1998-2001 University of Phoenix
    Teaching Faculty; Nursing Statistics

1997-2007 John Burns School of Medicine, Geriatric Psychiatry
    Fellowship Program
        Clinical Instructor, Section Coordinator

1992-2007 Hawaii State Hospital, Department of Neuropsychology
    Clinical Psychology Services Unit (2001)

Daryl Fujii

Practicum and Intern Supervisor

1986-1988 University of Wyoming
Teaching Assistant (Lecturer)

Professional Association Membership:

2001-Pres   American Neuropsychiatric Association

1999-Pres   American Academy of Clinical Neuropsychology

1994-Pres   American Psychological Association
Division 40: Clinical Neuropsychology
2006: Elected to Fellow Status

1993-Pres   International Neuropsychological Society

2005-Pres   National Academy of Neuropsychology
1993-2001

1992-1998   Hawaii Psychological Association

1981        Psi Chi, Hawaii Chapter

1981        Phi Kappa Phi

Community Services:

1997-2001   Rehabilitation Hospital of the Pacific
Member, Psychology Peer Review Board

1995-2000   American Heart Association
Member, Speakers Board

References:

Iqbal Ahmed, M.D., Professor of Psychiatry, Vice Chair, Program Director
For General and Geriatric Psychiatry Residency Program
Department of Psychiatry
John A. Burns School of Medicine

1356 Lusitana Street 4th floor

Daryl Fujii

>Honolulu, Hawaii 96813
>586-7444
>ahmedl@dop.hawaii.edu

Earl Hishinuma, Ph.D., Associate Professor, Vice Chair for Research,
>Department of Psychiatry, John A. Burns School of Medicine

>1356 Lusitana Street 4[th] floor
>Honolulu, Hawaii 96813
>945-1516
>earlhish@aol.com

Rich Zodrow, Ph.D., Head, Clinical Psychology Service Unit
>Hawaii State Hospital

>45-710 Keaahala Road
>Kaneohe, Hawaii 96744
>236-8683
>rjzodrow@hsh.health.state.hi.us

Mike Wylie, Ph.D., Chief, Social Science Research Institute
>Mental Health Services Research, Evaluation, and Training
>3465 Waialae Avenue, Suite 200
>735-3435
>wylie@hawaii.edu

Lon White, M.D., Senior Research Epidemiologist, Honolulu-Asia Aging Study
>Pacific Health Research Institute

>846 S. Hotel Street, Suite 306
>Honolulu, Hawaii 96813
>524-3585
>lrwhite@phrihawaii.org

Douglas Umetsu, Ph.D., ABPP, Head Neuropsychology Service
>Tripler Army Medical Center

>P. O. Box 22810
>Honolulu, Hawaii 96823
>433-1498
>Douglas.Umetsu@us.army.mil

## FEE RATE AND TRIAL/DEPOSITION TESTIMONY LIST

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, my hourly rate is $350/hour, and in the past four years I have testified in one deposition in February 2005 in the matter entitled *Paul Guscott vs. Lott Port Redevelopment Associates, L.P.; Urban Strategies, Inc.; Newsaralot Corp.; The City of New York; Flintock Construction, Inc.* I have not given any trial testimony in the past four years.

Dated: Honolulu, Hawaii, August 24, 2008

_____
DARYL FUJII, PH.D