# CURRICULUM VITAE

# CHARLES L. WEATHERLY

**PERSONAL:**

    Home address:    993 Stovall Boulevard
                                  Atlanta, Georgia 30319

    Home phone:      (404) 869-6353

**EDUCATION:**

    Emory University, Atlanta, Georgia, B.A. (1965)

    Emory University, Atlanta, Georgia, J.D. (1967)

    New York University, LL.M. (1968)

**PROFESSIONAL EXPERIENCE:**

    Attorney:    The Weatherly Law Firm
                  3414 Peachtree Road, NE
                  Suite 1550
                  Atlanta, Georgia 30326
                  1992 - present

                  Weekes & Candler, P.C.
                  150 East Ponce De Leon Avenue
                  Suite 300
                  Decatur, Georgia 30030
                  1973 - 1991

                  Kilpatrick, Cody, Rogers, McClatchey & Regenstein
                  100 Peachtree Street
                  Atlanta, Georgia
                  1968 - 1972

**A.**    <u>**Memberships:**</u>

    American Bar Association
    Georgia Bar Association
    Lawyers Club of Atlanta (President, 1986 - 1987)
    Georgia School Boards Association

      National School Boards Association, Council of School Attorneys
          Chairman: Ad Hoc Committee on Special Education (1993 - 1997)
      National Association of Special Education Attorneys, Advisory Council
      County Administrator and County Guardian, DeKalb County, Georgia (1980 - 1990)
      Rotary Club, DeKalb County, Georgia (1975 - 1990)

**B.**    **Trial Practice:**

Practice has consisted of litigation in the area of anti-discrimination law pursuant to the Individuals With Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act of 1973 and the Americans With Disabilities Act. Litigation experience involves representing school agencies in federal and state court proceedings, administrative due process hearings and formal and informal mediation sessions.

   (a)    Representative cases in federal and state court include the following:

      H.B. v. Las Virgenes Unified School District, Case No. 08-55693, United States Court of Appeals for the Ninth Circuit

      H.B. v. Las Virgenes Unified School District, Civil Action File No. CV 04-8572 FMC, United States District Court, Central District of California

      Deal, et al v. Hamilton County Bd. Of Educ., 392 F.3d 840 C.A. 6 (Tenn.), 2004

      Deal et al v. Hamilton County Bd. of Educ., 258 Fed.Appx. 863, 2008 WL 77788 (C.A.6 (Tenn.))

      Las Virgenes Unified School District v. S.K., Civil Action File No. CV 05-8467 GAF (SHx), United States District Court, Central District of California

      W.A. v. Florida School for the Deaf and Blind, Case No. 3:08-cv-145-J-JRK (USDC, MD Fla. Jacksonville)

      M.P. v Leon County School Board, et al. Case No. 04-12681-HH, United States Court of Appeals for the Eleventh Circuit

      M.P. by R.P. v. Leon Co. School Board, Civil Action File No. 4:02-CV-342-WS, United States District Court, Northern District of Florida

      R.P., and on behalf of M.P. v. Leon Co. School Bd., Civil Action File No. 4:03-CV-43-SPM, United States District Court, Northern District of Florida

      MP 2004 v. Leon Co. School Bd., Montforn, Spisso, Civil Action File No. 4:04-CV-69, United States District Court, Northern District of Florida

C.P. v. Leon Co. School Bd., Civil Action File No. 4:03-CV-65-RH/WCS, United States District Court, Northern District of Florida

Victor Pedroza, Marcia Garcia, and V.P. v. Los Alamitos Unified School District, Civil Action File No. SA CV 06-0641 DOC, United States District Court, Central District of California; appeal pending in United States Court of Appeals for the Ninth Circuit, Case No. 06-56773

School Board of Highlands County, Florida v. M.H., Civil Action File No. 00-14004-CIV-PAINE, United States District Court, Southern District of Florida

N.L. v. Knox County Schools, 315 F.3d 688 (6th Cir. 2003)

Muscogee County School District v. C.G., Civil Action File No. 4:02-CV-46-1, and Civil Action File No. 4:02-CV-59-2, United States District Court, Middle District of Georgia

A.W.B. v. Fayette Co. School System, Civil Action File No. 1:03-CV-2769-MHS, United States District Court, Northern District of Georgia

A.W.B. v. Fayette Co. School System, Case No. 05-12482-FF, United States Court of Appeals for the Eleventh Circuit

DeKalb Co. School District v. M.T.V., Civil Action File No. 1:03-CV-00956-CAP, United States District Court, Northern District of Georgia

DeKalb Co. School District v. M.T.V., 164 Fed.Appx. 900, 2006 WL197338, C.A.11 (Ga.) 2006.

D.F. v. Wm. Montford & Leon Co. School Bd, Civil Action File No. 4:02-CV-332-RH/WCS, United States District Court, Northern District of Florida

Emma C., et al. v. Delaine Eastin, et al., Civil Action File No. C96-4179 THE, United States District Court, Northern District of California

Michael Shoemaker, et al. v. School Bd of Palm Beach Co., Florida, Civil Action File No. 97-8036-CIV-MORENO, United States District Court, Southern District of Florida

Gwinnett Co. School District v. J.B., by and through D.B. and W.B., Civil Action File No. 1:03-CV-0384-ODE, United States District Court, Northern District of Georgia

Stephen B. v. Florida School for the Deaf and the Blind, Civil Action File No. 94-837-Civ-J-20, United States District Court, Middle District of Florida

Tennessee Protection and Advocacy, Inc. v. Board of Education of Putnam County, Tennessee, Civil Action File No. 2-98-0036, United States District Court, Middle District of Tennessee

Putnam County Board of Education v. Amy K., Civil Action File No. 2-97-0023, United States District Court, Middle District of Tennessee

School Board of Martin County, Florida v. Ashley S., 4DCA Case No. 98-00816, District Court of Appeal of Florida, Fourth District

Jimmy Doe v. Walker County School Board, Civil Action File No. 4:97-CV-0219, United States District Court, Northern District of Georgia

G. v. Birmingham City Board of Education, Civil Action File No. CV-97-C-2394-S, United States District Court, Northern District of Alabama

C. v. Morgan County Board Of Education, Civil Action No. CV-98-C-1304-NE, United States District Court, Northern District of Alabama

Walker County School District v. Jensine B., 203 F.3d 1293 (11th Cir. 2000), cert. denied, 121 S.Ct. 670 (U.S. Dec. 11, 2000)

School Board of Collier County v. A.S., Case No. 02-15410F, United States Court of Appeals for the Eleventh Circuit

School Board of Collier County v. A.S., Case No. 02-12228G, United States Court of Appeals for the Eleventh Circuit

Anderson v. Birmingham Board Of Education, Civil Action File No.CV-98-B-1791-S, United States District Court, Northern District of Alabama

Whitehead v. Florida Department of Education, Case No. 4:98-CV-373-WS, United States District Court, Northern District of Florida

School Board of Collier County v. "K.C.," a minor, by and through her parents, S.W.C. and K.A.C., 285 F.3d 977 (11th Cir. 2002)

S.H. for C.H.B. v. School Board of Hendry County, Civil Action File No. 2:00-CV-131-FtM-29D, United States District Court, Middle District of Florida

Hendry County School Board v. S.H., and for C.H.B., Civil Action File No. 2:00-CV-107-FtM-29D, United States District Court, Middle District of Florida

E.M. v. Atlanta Public School System, Civil Action File No.1:00-CV-3411, United States District Court, Northern District of Georgia

Loren F., by M.F. and D.F. v. Atlanta Ind. Schools, Civil Action File No. 1:01-CV-1532, United States District Court, Northern District of Georgia

Todd D. by Robert D. v. Andrews, 933 F.2d 1576, 1582 (11th Cir. 1991)

Rebecca S. v. Clarke County School District, 22 IDELR 884 (M.D. Ga. 1995)

Evan H. v. Marietta City Schools, et al., Civil Action File No. 1:95-CV-0523-CAM, United States District Court, Northern District of Georgia (1995), *aff'd*, 137 F.3d 1355 (11th Cir. 1998)

Chris L. v. Morgan, 106 F.3d 401 (6th Cir. 1997)

Metropolitan School District of Wayne Township, Marion County, Indiana, et al. v. Davila, United States Supreme Court, Case No. 92-929, January 28, 1993. Counsel of Record on Amici Curiae Brief of the National Association of State Directors of Special Education, Inc., the National Association of State Boards of Education, the Counsel of Exceptional Children, the Counsel of Administrators of Special Education

Jon S. v. Clarke County School District, Civil Action File No. 92-73-ATH(DF), United States District Court, Middle District of Georgia (1992)

Freeman v. Pitts, 112 S. Ct. 1430 (1992). Co-counsel of record in the DeKalb County desegregation case

Freeman v. Cavazos, 923 F.2d 1434 (11th Cir. 1991)

Chris C. v. Gwinnett County School District, 780 F. Supp. 804 (N.D. Ga. 1991), brief preparation to the Eleventh Circuit Court of Appeals

H. v. Madison County School District, Civil Action File No. 89-65-ATH(DF), United States District Court, Middle District of Georgia (1991)

P. v. DeKalb County School System, Docket No. 91-8104, Eleventh Circuit Court of Appeals (1991)

C. v. DeKalb County School District, Docket No. 90-8716, Eleventh Circuit Court of Appeals (1991)

July O. v. DeKalb County School District, Civil Action File No. 1:88-1755-ODE,

5

United States District Court, Northern District of Georgia (1990)

Andrews v. Ledbetter, 880 F.2d 1287 (1989)

Rogers v. Bennett, 873 F.2d 1387 (11th Cir. 1989)

Hall v. Freeman, 700 F.Supp. 1106 (N.D. Ga. 1987)

Fein v. Freeman, Civil Action File No. C83-912A, United States District Court, Northern District of Georgia (1985)

Joseph K. v. McDaniel, Civil Action File No. C81-1405A, United States District Court, Northern District of Georgia (1985)

Tracey T. v. McDaniel, 610 F.Supp. 947 (N.D. Ga. 1985)

Wendall H. v. McDaniel, Civil Action File No. C79-2154A, United States District Court, Northern District of Georgia (1984)

Christopher N. v. McDaniel, Civil Action File No. C79-2153A, United States District Court, Northern District of Georgia (1984)

DeKalb County School District v. Paul P., Superior Court of DeKalb County (1980)

Karen W. v. DeKalb County School District, United States District Court, Northern District of Georgia (1980)

Donald C. v. DeKalb County School District, United States District Court, Northern District of Georgia (1980)

Armour v. Nix, 448 U.S. 908 (1980). Co-counsel of record for DeKalb County in Atlanta metropolitan area desegregation litigation.

(b) Administrative due process hearings for Fayette, DeKalb, Douglas, Rockdale, Walker, Madison and Clarke Counties, cities of Decatur and Marietta, Georgia; Horry County, South Carolina; Wythe County, Virginia; Collier, Hernando, Martin, Monroe, Pasco, Santa Rosa, Orange, Pinellas and Polk Counties, Florida; Anderson, Clinton City, Coffee, Hamilton, Knox, Maryville City and Putnam Counties, Tennessee; Morgan County and Decatur and Birmingham City, Alabama; San Luis Obispo County Office Of Education, Las Virgenes Unified School District, Los Alamitos Unified School District, Magnolia School District and Vista City, California and the Florida School for the Deaf and the Blind. Over 200 hearings disposed of at various levels, with many involving autism and the issue of residential placement services.

(c) Office for Civil Rights investigations (over 100 cases)

**PRESENTATIONS :**

Experience also includes the provision of consultative services and participation in hundreds of in-service programs, training programs, workshops, seminars and institutes on a local, state, regional and national basis.

Mr. Weatherly has been involved in assisting Congress in the reauthorization and amendment of IDEA, including the provision of testimony before the Senate Disability Policy Subcommittee.

Eleven-part Videotape series: *Special Law for Special People*

Updated on 8/26/08