**Ronald K. Toma**
95-1050 Makaikai Street, #13J, Mililani, HI 86789
Phone: 808-349-1197 or 808-626-0392
Email: ron.toma@hawaiiantel.net

---

### PROFESSIONAL EXPERIENCE

---

**CONSULTANT SERVICES**                                        **September 2002 – Present**

- Facilitated the following Task Forces, Focus Groups, Work Groups and Leadership Committees for the Hawaii State Department of Education.
    - Standards Implementation Design Focus Groups
    - Hawaii DOE Learning Center Program Coordinators' Work Group
    - Task Force on Middle Level Promotion and Retention Regulations
    - Task Force on the Hawaii DOE K-12 Promotion and Retention Regulations
    - Joint Task Force: K-12 Promotion and Retention Regulations Task Force, Elementary and Secondary Report Card Committees, and ACCN Advisory Committee
    - Community of Practice on Professional Development in Special Education

- Currently serving as the Facilitator/Project Manager for the Hawaii Community of Practice on School-Based Behavioral Health. The collaborative, community-based initiative is partially funded by a grant from the IDEA Partnership and the Hawaii DOE, and is supported by local community organizations and state agencies who are involved in advancing behavioral health for Hawaii's children.

- Currently serving as a Facilitator for the Maui Educational Consortium: HI PASS – Professional Learning Communities Project. The goal of the Consortium is to bring educational sectors (Maui DOE and Maui Community College) together to examine student transition and success through the segments by focusing on the alignment of curriculum and the development of innovations to improve student learning.


**PACIFIC RESOURCES FOR EDUCATION**                            **November 1999 – June 2002**
**AND LEARNING (PREL), Honolulu, HI**
**Project Director, Regional Educational Laboratory**

- Served as the Director of the federally funded Pacific Regional Educational Laboratory (REL) Program that included providing overall leadership in planning, implementing, supervising, monitoring, and evaluating the REL program of work.

**SCHOOL RENEWAL BRANCH,**  **1993 – October 1999**
**DIVISION OF LEARNER, TEACHER AND STUDENT**
**SUPPORT, HAWAII DOE**
**Educational Director**

- Provided curricular and instructional leadership and support services to the seven regional administrative districts and all 257 schools in the Hawaii public school system to help all students learn to high standards.

**OFFICE OF PERSONNEL SERVICES**  **1989 - 1993**
**CERTIFICATION AND DEVELOPMENT SECTION, HAWAII DOE**
**Administrator**

- Provided leadership in planning and administering an education and development program for employees in the school system that included teacher certification, system wide in-service training programs, training of new school administrators, and evaluation of employees.

**OFFICE OF THE SUPERINTENDENT, HAWAII DOE**  **1984 - 1989**
**Administrative Assistant to the Superintendent of Education**

- Served as the Department's administrative liaison, coordinating and facilitating responses to requests for administrative information and action from the Board of Education, Governor, Legislature, state and federal agencies, interest groups, and the general public.

**CENTRAL OAHU DISTRICT, HAWAII DOE**  **1975 - 1884**
**Curriculum Specialist**

- Provided direct curricular and instructional support services to all 41 elementary, intermediate, and high schools in the Central Oahu District in the areas of science, mathematics, environmental education, vocational-technical education, staff development, and accreditation/school improvement.

**TEACHING EXPERIENCE**  **1966 - 1975**

- Moanalua High School                          1973 - 1975
  (Chemistry, Physics)
- Waialua High School                            1971 - 1973
  (Chemistry, Physics, Physical Science)
- Kalani High School                               1966 – 1971
  (Chemistry)

## MAJOR ACCOMPLISHMENTS

Development and Implementation of the following curricular and instructional projects/initiatives/products:
- The Pacific Communities with High performance In Literacy Development (Pacific CHILD) professional development model research project. The USDOE funded project served Hawaii, American Samoa, Guam, and entities in the Federated States of Micronesia.
- The Hawaii Department of Education's Strategic Plan for Standard-based Reform.
- The Hawaii Content and Performance Standards I.
- Making Sense of Standards – A Working Guide for HCPS I.
- The Hawaii Department of Education's Standards Implementation Design.
- In The Middle, Challenge, Change, Charge! - A Framework for Middle Level Education in Hawaii
- The Hawaii Department of Education's Professional Development Coordinating Council.
- Framework for Staff Development – A Framework for Staff Development for the Hawaii Public Schools.
- The Comprehensive School Reform Demonstration Program.
- The Central Oahu District Teacher Center, Hawaii's first Teacher Center.

## EDUCATION

Masters in Secondary Education, University of Hawaii at Manoa, Honolulu, Hawaii, June 1966

Bachelor of Arts in Chemistry, University of Hawaii at Manoa, Honolulu, Hawaii, June 1963

Graduate Work in Chemistry, Washington State University, Pullman, Washington, 1963-64

**Ronald K. Toma**
95-1050 Makaikai Street, #13J, Mililani, HI 86789
Phone: 808-349-1197 or 808-626-0392
Email: ron.toma@hawaiiantel.net

Fee Schedule for Services Rendered in Producing The Report on the Regular Education Program of the Hawaii Department of Education During the Period 1994-2000: **$150 per hour**