OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                1152-0
MICHAEL K. LIVINGSTON    4161-0
ANNE L. WILLIAMS             1662-0
851 Fort Street Mall, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA N. and GUY N., individually and on behalf of their minor daughter, AMBER N.,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>Defendants. | CIVIL NO. CV00-00252 MLR/LEK (Other Civil Action)<br><br>PLAINTIFFS' MOTION TO CONTINUE: 1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES; AND 2) DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "A" -- "C" AND CERTIFICATE OF SERVICE<br><br>**HEARING:** September 11, 2008<br>**TIME:**         10:00 a.m.<br>**JUDGE:**       MANUEL L. REAL |

PLAINTIFFS' MOTION TO CONTINUE: 1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES; AND 2) DEFENDANTS' MOTION <u>TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN</u>

Plaintiffs, above-named, hereby move this Court to continue: 1) Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, Filed June 2, 2008, for Failure to Exhaust Administrative Remedies; and 2) Defendants' Motion to Preclude the Testimony of Barbara Bateman currently scheduled for September 11, 2008 at 10:00 a.m. The grounds for this motion are that the lead attorney, Michael Livingston, has suffered severe complications over a serious leg injury he had earlier this year. In any event, Mr. Livingston will not physically be in Hawaii on the date of the scheduled hearing. Attorney Stanley E. Levin cannot argue the motions as he suffers from Parkinson's disease. Plaintiffs need to move the hearing until mid-October.

This motion is authorized by Rule 7 of the Federal Rules of Civil Procedure and the declarations attached hereto.

DATED: Honolulu, Hawaii, August 28, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
Attorneys for Plaintiffs