IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and as Guardians Ad Litem of AMBER N., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, et al.,<br><br>    Defendants. | Civil No. CV 00-000252 MLR/LEK<br>(Other Civil Matter)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that on August 28, 2008, a true and correct copy of the PLAINTIFFS' MOTION TO CONTINUE: 1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES; AND 2) DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN was duly served upon the following parties by electronic filing via CM/ECF:

    Holly T. Shikada, Esq.   ([holly.t.shikada@hawaii.gov](holly.t.shikada@hawaii.gov))
    Deputy Attorney General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

Melvyn M. Miyagi, Esq.
Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
Leighton M. Hara, Esq.   (lhara@wik.com)
Ross T. Shinyama, Esq.  (rshinyama@wik.com)
WATANABE ING LLP
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 28, 2008.


/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
Attorneys for Plaintiffs

2