UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br> Defendants. | CASE NO. CV00-252-MLR <br><br> ORDER REGARDING DISCOVERY |

Plaintiffs and defendants in theses cases are at loggerheads in a simple discovery dispute concerning the taking of plaintiffs' depositions to bring the cases up to date. Prior depositions were had as long-ago as 2001 and 2003. The Court has considered the letter briefs by the parties.

IT IS ORDERED that defendants are permitted to take depositions of plaintiffs for a reasonable time not to exceed four(4) hours for each plaintiff.

DATED: August 28, 2008.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE