OF COUNSEL:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
ANNE L. WILLIAMS          1662-0
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PATRICIA N. and GUY N., individually and on behalf of their minor daughter, AMBER N.,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>Defendants. | Civil No. CV00-00252 MLR/LEK (Other Civil Action)<br><br>ERRATA RE: [294] PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING PLAINTIFFS' MOTION TO CONTINUE THE HEARING ON: 1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES; AND 2) DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN; DECLARATION OF MARK S. DAVIS AND CERTIFICATE OF SERVICE<br><br>**HEARING:** September 11, 2008<br>**TIME:** 10:00 a.m.<br>**JUDGE:** MANUEL L. REAL |

**ERRATA RE: [294] PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING PLAINTIFFS' MOTION TO CONTINUE THE HEARING ON: 1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED JUNE 2, 2008, FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES; AND 2) DEFENDANTS' MOTION TO PRECLUDE <u>THE TESTIMONY OF BARBARA BATEMAN</u>**

Plaintiffs filed their Motion for Reconsideration Regarding Plaintiffs' Motion to Continue 1) Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, Filed June 2, 2008, for Failure to Exhaust Administrative Remedies; and 2) Defendants' Motion to Preclude the Testimony of Barbara Bateman on September 3, 2008.  The Declaration of Mark S. Davis was attached unsigned. Plaintiffs are hereby submitting the Declaration of Mark S. Davis which was in fact signed on September 3, 2008 and is attached as a pdf file to this Errata.

DATED:  Honolulu, Hawaii, September 5, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
SUSAN K. DORSEY

Attorneys for Plaintiffs