S405236.1
WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**      #1624-0
**GREGG M. USHIRODA**    #5868-0
**GARY S. SUGANUMA**     #6960-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**     #2487-0
**HOLLY T. SHIKADA**    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PATRICIA N. and GUY N., Individually and on behalf of their minor daughter AMBER N., <br><br>        Plaintiffs, <br><br>    vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV00-00252 MLR-LEK (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE** <br><br> [Re: Notice of Taking Guy N. and Patricia N.'s Depositions Upon Oral Examination] <br><br> **NO TRIAL DATE SET** |

```
DEPARTMENT OF EDUCATION,    )
STATE OF HAWAII,            )
                            )
          Defendants.       )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, a true and correct copy of the *Notice of Taking Guy N. and Patricia N.'s Depositions Upon Oral Examination*, dated September 5, 2008, was duly served upon the following attorneys by mailing same on September 5, 2008 to their last known address:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
**ANNE L. WILLIAMS, ESQ.**
851 Fort Street; Suite 400
Honolulu, HI  96813

Attorneys for Plaintiffs


DATED:   Honolulu, Hawaii, September 5, 2008.

          /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants