# MINUTES

CASE NUMBER:   CV NO. 00-00252MLR-LEK

CASE NAME:   Patricia N., et al. Vs. Superintendent Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Manuel L. Real            REPORTER:

DATE:   9/10/2008                  TIME:

COURT ACTION:        "MINUTE ORDER"

EO: [294] Plaintiffs First Motion for Reconsideration Re [288] Motion to Continue Defendants motion to Dismiss and Motion to Preclude the Testimony of Barbara Bateman is hereby DENIED. The hearing on these Two Motions' are set for September 11, 2008 @l0:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager