# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 00-00252MLR-LEK |
| CASE NAME: | Patricia N. And Guy N., etc. Vs. Superintendent Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | Stanley E. Levin and Brue Ellis-Paralegal |
| ATTYS FOR DEFT: | Greg Ushiroda and Ross Shinyama |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Gloria Bediamol |
| DATE: | 9/11/2008 | TIME: | 9:56am-l0:26am |

COURT ACTION:  EP: Motions' Hearing:

[261] Motion to Dismiss Plaintiffs' First Amended Complaint, filed 6/02/08, for failure to exhaust Administrative Remedies-Oral Argument Held.  Motion is Granted.  Court rules that Plaintiffs' injuries could be redressed by the administrative procedures and remedies set forth under the Individuals with Disabilities Education Act ("IDEA"), hereby stays this case pending remand to the IDEA administrative level. The Daubert hearings set for 12/5/2008 @ll:00 a.m. are excluded from the stay.  The Discovery Cut-Off date of 10/30/2008 remains unchanged.

[274] Motion to Preclude Testimony of Barbara Bateman-Oral Argument Held.  Motion is Denied because it is premature.  These issues can be raised at the Dauber Hearing set for December 5, 2008 @ll:00 a.m. before this Court.  Both parties shall exchange their expert disclosures by October 10, 2008.

Submitted by Leslie L. Sai, Courtroom Manager